**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____   Chapter ___11___

☐ Check if this an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy       **4/19**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Video Corporation of America |
| **2.** | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 22-1983649 |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** <br><br> 7 Veronica Ave. <br> Somerset, NJ 08873 <br> Number, Street, City, State & ZIP Code <br><br> Somerset <br> County | **Mailing address, if different from principal place of business** <br><br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

Debtor   Video Corporation of America
_____
Name

Case number (*if known*) _____

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | _____ | | _____ | | _____ | |
| | District | | When | | Case number | |
| | _____ | | _____ | | _____ | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | | | Relationship | |
|---|---|---|---|---|---|
| | _____ | | | _____ | |
| | District | | When | Case number, if known | |
| | _____ | | _____ | _____ | |

| Debtor | Video Corporation of America | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | Video Corporation of America | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February  3, 2020
                    MM / DD / YYYY

**X** /s/ David Berlin                                    David Berlin
Signature of authorized representative of debtor          Printed name

Title    President

**18. Signature of attorney**

**X** /s/ Daniel M. Stolz                        Date    February  3, 2020
Signature of attorney for debtor                              MM / DD / YYYY

Daniel M. Stolz
Printed name

WASSERMAN, JURISTA & STOLZ, P.C.
Firm name

110 Allen Road
Suite 304
Basking Ridge, NJ 07920
Number, Street, City, State & ZIP Code

Contact phone    (973) 467-2700        Email address    attys@wjslaw.com

028461980 NJ
Bar number and State

## IN THE UNITED STATES BANKRUPTCY COURT

**In the Matter of:**                                    }
                                                         }      Case No.
**Video Corporation of America,**                        }      Chapter 11
                                                         }
**Debtor**                                               }


### STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, David Berlin, declare under penalty of perjury that I am the President of Video Corporation of America,       and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said Corporation at a special meeting duly called and held on the 3rd  day of February 2020.

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that David Berlin, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that David Berlin, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case, and

Be It Further Resolved, David Berlin, President of this Corporation is authorized and directed to employ the law firm of WASSERMAN, JURISTA & STOLZ, P.C. to represent the Corporation in such bankruptcy case."

Date:  February 3, 2020                 Signed:_____
                                                DAVID BERLIN, President

Resolution of Board of Directors
of
Video Corporation of America

Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that David Berlin, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that David Berlin, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case, and

Be It Further Resolved, that David Berlin, President of this Corporation is authorized and directed to employ the law firm of WASSERMAN, JURISTA & STOLZ, P.C. to represent the Corporation in such bankruptcy case.

Date: February 3, 2020                    Signed: _____

                                          DAVID BERLIN, President

**Fill in this information to identify the case:**

Debtor name ___Video Corporation of America___

United States Bankruptcy Court for the: ___DISTRICT OF NEW JERSEY___

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___February 3, 2020___    **X** /s/ David Berlin
_____
Signature of individual signing on behalf of debtor

David Berlin
_____
Printed name

President
_____
Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Video Corporation of America |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Coranet 2 Washington St. Suite 701 New York, NY 10004 | | Business Debt | Disputed Subject to Setoff | | | $662,679.37 |
| Avid Technology, Inc. 75 Network Dr. Burlington, MA 01803 | | Business Debt | | | | $634,249.32 |
| Forest Electric Corp. 1375 Broadway 7th Fl New York, NY 10018 | | Business Debt | Disputed Subject to Setoff | | | $624,205.90 |
| Christie Digital 10550 Camden Dr Cypress, CA 90630 | | Business Debt | | | | $458,122.69 |
| B&G Electric Contractors 7100 New Horizons Blvd. North Amityville, NY 11701 | | Business Debt | | | | $306,448.49 |
| Synnex Corporation 414 Stokes Rd Suite 203 Medford, NJ 08055 | | Business Debt | | | | $279,109.83 |
| Hatzel & Buehler, Inc. 230 Park Ave. Suite 925 New York, NY 10169 | | Business Debt | | | | $238,425.27 |
| Shoreview Distribution 69 Elm St Foxboro, MA 02035 | | Business Debt | | | | $226,378.53 |
| Creston Electronics, Inc. 101 Broadway Cresskill, NJ 07626 | | Business Debt | Subject to Setoff | | | $225,244.00 |

| Debtor | Video Corporation of America | | Case number *(if known)* | |
|--------|------------------------------|---|---------------------------|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Pepper Dash Technology 27 Congress St. Suite 104 Salem, MA 01970 | | Business Debt | | | | $218,664.25 |
| American Express PO Box 650448 Dallas, TX 75265-0448 | | Business Credit Card | | | | $207,915.69 |
| Ingram Micro 1759 Wehrie Drive Williamsville, NY 14221 | | Business Debt | | | | $204,919.85 |
| American Express PO Box 1270 Newark, NJ 07101 | | Business Credit Card | | | | $196,018.54 |
| Atlantis Partners 722 Corneila St. Boonton, NJ 07005-6000 | | Business Debt | | | | $164,186.00 |
| JB&A Distribution 1050 Northgate Dr. Suite 200 San Rafael, CA 94903 | | Business Debt | | | | $102,294.44 |
| Extron Electronics 1025 E. Ball Road Anaheim, CA 92805 | | Business Debt | Subject to Setoff | | | $96,055.35 |
| Shure PO Box 99265 Chicago, IL 60693-9265 | | Business Debt | | | | $94,890.32 |
| Z-Band, Inc. 848B North Hanover St. Carlisle, PA 17013 | | Business Debt | | | | $86,502.00 |
| KBZ 2003 So. Easton Rd. Suite 308 Doylestown, PA 18901 | | Business Debt | | | | $77,373.93 |
| Teksystems, Inc. PO Box 198568 Atlanta, GA 30384-8568 | | Business Debt | | | | $73,183.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name ___Video Corporation of America___

United States Bankruptcy Court for the: ___DISTRICT OF NEW JERSEY___

Case number (if known) _____

☐ Check if this is an
amended filing

---

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................... $ _____0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................................ $ _____8,107,684.38

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................. $ _____8,107,684.38

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ _____4,096,422.25

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $ _____56,731.13

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................... +$ _____7,005,206.93

4. **Total liabilities** ...................................................................................................................................
    Lines 2 + 3a + 3b

$ _____11,158,360.31

---

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    Video Corporation of America

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Wells Fargo | Checking | 4684 | $131,242.55 |
| 3.2. | Morgan Stanley | Checking | 5266 | $176,989.65 |
| 3.3. | Provident Bank | Checking | 3642 | $774,348.14 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      $1,082,580.34

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Security deposit with 370 Seventh Ave Associates, LLC for 7 Penn Plaza, NY | $30,000.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    Video Corporation of America                                    Case number *(If known)*
          Name

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

      8.1.    Travelers Insurance auto & general prepayments                          $25,862.43

      8.2.    Prepaid computer insurance                                              $1,049.09

      8.3.    John Hancock - life insurance prepayments                               $3,380.54

9.    **Total of Part 2.**                                                            $60,292.06
      Add lines 7 through 8. Copy the total to line 81.

Part 3:    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☑ Yes Fill in the information below.

11.    **Accounts receivable**

       11a. 90 days old or less:       4,299,115.97      -          0.00    = ....    $4,299,115.97
                                        face amount            doubtful or uncollectible accounts

       11b. Over 90 days old:            429,388.43      -          0.00    =....     $429,388.43
                                        face amount            doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                          $4,728,504.40
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

Part 4:    **Investments**

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.
    ☐ Yes Fill in the information below.

Part 5:    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.
    ☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.    **Raw materials**

20.    **Work in progress**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

| Debtor | Video Corporation of America | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| current work in progress | 1-27-20 | $0.00 | $555,648.00 |

**21.** **Finished goods, including goods held for resale**

| 22. | Other inventory or supplies | | | |
|---|---|---|---|---|
| | unallocated | 1-27-20 | $0.00 | $885,508.00 |

**23.** **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| $1,441,156.00 |
|---|

**24.** **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** SEE ATTACHED RIDER-NET BOOK VALUE | $24,111.00 | | $24,111.00 |
| **40.** **Office fixtures** SEE ATTACHED RIDER-NET BOOK VALUE | $48,717.00 | | $48,717.00 |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** SEE ATTACHED RIDER-NET BOOK VALUES | $59,255.00 | | $59,255.00 |

**42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor   Video Corporation of America                        Case number *(If known)* _____
_____
Name

**43.  Total of Part 7.**                                                            $132,083.00
Add lines 39 through 42.  Copy the total to line 86.

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  SEE ATTACHED RIDER-NET BOOK VALUE | $0.00 | | $0.00 |
| **48. Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>SEE ATTACHED RIDER-NET BOOK VALUES | $244,204.00 | | $122,204.00 |

**51.  Total of Part 8.**                                                            $122,204.00
Add lines 47 through 50.  Copy the total to line 87.

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 4

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    Video Corporation of America                                    Case number *(If known)* _____
_____
         Name

☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
|  | Money owed under contracts held by Debtor | $540,864.58 |

| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $540,864.58 |
|---|---|---|

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    Video Corporation of America                          Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,082,580.34 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $60,292.06 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $4,728,504.40 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,441,156.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $132,083.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $122,204.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $540,864.58 | |
| 91. **Total.** Add lines 80 through 90 for each column | $8,107,684.38 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $8,107,684.38 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

# RIDER TO SCHEDULE A/B

# ASSETS

**VIDEO CORPORATION OF AMERICA**
**Business - Depreciation and Amortization**
**FY 12/31/19**

| et Number | Description | Date in Service | Method | Life / Rate | Cost Basis | 12/31/17 Net Book Value | 12/31/18 Depreciation | 12/31/18 Accumulated Depreciation | 12/31/18 Net Book Value | 12/31/19 Depreciation | 12/31/19 Accumulated Depreciation | 12/31/19 Net Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 54 | 1986 LINCOLN TOWN CAR | 11/26/85 | R | 5.0000 | 23,865 | – | – | 23,865 | – | – | 23,865 | – |
| 55 | 1986 PONTIAC SEDAN | 02/21/86 | R | 5.0000 | 12,164 | – | – | 12,164 | – | – | 12,164 | – |
| 89 | 1995 CHEVY BLAZER | 03/15/95 | M | 5.0000 | 26,621 | – | – | 26,621 | – | – | 26,621 | – |
| 90 | 1998 MERCEDES | 10/13/97 | M | 5.0000 | 54,061 | – | – | 54,061 | – | – | 54,061 | – |
| 87 | 1998 FORD VAN | 07/28/98 | MT | 5.0000 | 20,670 | – | – | 20,670 | – | – | 20,670 | – |
| 194 | 2003 CADILLAC SEDAN DEVILLE | 11/26/02 | M | 5.0000 | 73,712 | – | – | 73,712 | – | – | 73,712 | – |
| 227 | 2004 FORD VAN | 11/03/04 | MSL | 5.0000 | 27,462 | – | – | 27,462 | – | – | 27,462 | – |
| 228 | 2005 FORD | 01/07/05 | MSL | 5.0000 | 34,309 | – | – | 34,309 | – | – | 34,309 | – |
| 235 | truck | 01/05/06 | SL | 5.0000 | 50,451 | – | – | 50,451 | – | – | 50,451 | – |
| 240 | VAN | 08/29/06 | SL | 5.0000 | 15,345 | – | – | 15,345 | – | – | 15,345 | – |
| 241 | TRANSPORTATION EQUIPMENT | 02/26/07 | SL | 5.0000 | 3,865 | – | – | 3,865 | – | – | 3,865 | – |
| 239 | 2007 FORD TRUCK | 06/06/07 | SL | 5.0000 | 25,534 | – | – | 25,534 | – | – | 25,534 | – |
| | | | | | | | | | | | | |
| | account 1440  a/d 1441 | Automobiles | | | 368,059 | – | – | 368,059 | – | | 368,059 | – |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| 105 | LEASEHOLD IMPROVEMENTS - NYC | 07/15/99 | MSL | 39.0000 | 9,475 | 4,990 | 243 | 4,728 | 4,747 | 243 | 4,971 | 4,504 |
| 122 | LEASEHOLD IMPROVEMENTS - NYC | 01/31/00 | MSL | 39.0000 | 5,958 | 3,211 | 153 | 2,900 | 3,058 | 153 | 3,053 | 2,905 |
| 134 | LEASEHOLD IMPROVEMENTS - NYC | 12/19/00 | MSL | 39.0000 | 3,458 | 1,941 | 89 | 1,606 | 1,852 | 89 | 1,695 | 1,763 |
| 153 | FURNITURE - NYC | 04/24/02 | MT | 7.0000 | 7,386 | – | – | 7,386 | – | | 7,386 | – |
| 154 | FURN. & FIXT. - NYC | 05/30/02 | MT | 7.0000 | 2,985 | – | – | 2,985 | – | | 2,985 | – |
| 155 | WAREHOUSE RACKS -NYC | 06/06/02 | MT | 7.0000 | 2,668 | – | – | 2,668 | – | | 2,668 | – |
| 193 | LEASEHOLD IMPROVEMENTS - NYC | 10/23/02 | MSL | 39.0000 | 1,898 | 1,153 | 49 | 794 | 1,104 | 49 | 843 | 1,055 |
| 190 | FURNITURE - PA | 10/25/02 | M | 7.0000 | 4,698 | – | – | 4,698 | – | | 4,698 | – |
| 191 | OFFICE FURNITURE - PA | 12/20/02 | M | 7.0000 | 2,161 | – | – | 2,161 | – | | 2,161 | – |
| 188 | CHAIRS - NYC | 03/17/03 | M | 7.0000 | 742 | – | – | 742 | – | | 742 | – |
| 212 | EQUIPMENT - NYC | 09/30/03 | M | 7.0000 | 637 | – | – | 637 | – | | 637 | – |
| 213 | DELL COMPUTERS - NYC | 10/15/03 | M | 5.0000 | 10,987 | – | – | 10,987 | – | | 10,987 | – |
| 214 | COMPUTER - NYC | 01/31/04 | M | 5.0000 | 948 | – | – | 948 | – | | 948 | – |
| 215 | COPIER - NYC | 07/13/04 | M | 7.0000 | 9,304 | – | – | 9,304 | – | | 9,304 | – |
| 224 | OFFICE EQUIP - NYC | 12/15/04 | M | 5.0000 | 35,000 | – | – | 35,000 | – | | 35,000 | – |
| 225 | OFFICE EQUIP - NYC | 03/15/05 | M | 5.0000 | 102,000 | – | – | 102,000 | – | | 102,000 | – |
| 236 | leasehold improvements | 02/01/06 | SL | 39.0000 | 1,617 | 1,128 | 41 | 530 | 1,087 | 41 | 571 | 1,046 |
| 245 | FURNITURE, FIXT. & EQUIP- NYC | 02/01/07 | SL | 7.0000 | 19,341 | – | – | 19,341 | – | | 19,341 | – |
| 256 | fuRN. & FIXT. - NYC | 09/20/07 | SL | 7.0000 | 20,822 | – | – | 20,822 | – | | 20,822 | – |
| 257 | fuRN. & FIXT. - NYC | 10/26/07 | SL | 7.0000 | 13,704 | 1,631 | – | 12,073 | 1,631 | | 12,073 | 1,631 |
| 259 | fuRN. & FIXT. - NYC | 05/20/08 | SL | 7.0000 | 3,135 | – | – | 3,135 | – | | 3,135 | – |
| 259 | fuRN. & FIXT. - NYC | 07/01/11 | SL | 7.0000 | 17,789 | 1,272 | 1,272 | 17,789 | – | | 17,789 | – |
| | FURNITURE, FIXT. & EQUIP- NYC | 06/30/12 | SL | 7.0000 | 10,758 | 2,305 | 1,537 | 9,990 | 768 | | 10,758 | – |
| | FURNITURE, FIXT. & EQUIP- NYC | 06/30/13 | SL | 7.0000 | 1,761 | 627 | 252 | 1,386 | 375 | 252 | 1,638 | 123 |
| | FURNITURE, FIXT. & EQUIP- NYC | 06/30/14 | SL | 7.0000 | 4,568 | 2,283 | 653 | 2,938 | 1,630 | 653 | 3,591 | 977 |
| | FURNITURE, FIXT. & EQUIP- NYC | 06/30/15 | SL | 7.0000 | 19,968 | 12,836 | 2,853 | 9,985 | 9,983 | 2,853 | 12,838 | 7,130 |
| | FURNITURE, FIXT. & EQUIP- NYC | 06/30/18 | SL | 7.0000 | 3,789 | | 271 | 271 | 3,518 | 541 | 812 | 2,977 |
| | | | | | | | | | | | | |
| | acct 1410 1420  a/d acct 1401 | Office Furniture | | | 317,557 | 33,377 | 7,413 | 287,804 | 29,753 | 5,600 | 293,446 | 24,111 |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| 249 | RENTAL ASSETS | 02/01/07 | SL | 5.0000 | 117,748 | – | – | 117,748 | – | | 117,748 | – |
| | RENTAL ASSETS | 10/31/08 | SL | 5.0000 | 18,370 | – | – | 18,370 | – | | 18,370 | – |
| | RENTAL ASSETS | 07/01/11 | SL | 5.0000 | 337 | – | – | 337 | – | | 337 | – |
| | RENTAL ASSETS | 06/30/12 | SL | 5.0000 | (221) | – | – | (221) | – | | (221) | – |

Case 20-11768-CMG   Doc 1   Filed 02/03/20   Page 18 of 101   Entered 02/03/20 10:46:27   Desc ...

**VIDEO CORPORATION OF AMERICA**
**Business - Depreciation and Amortization**
**FY 12/31/19**

| et Nu mbe r | Description | Date in Service | Method | Life / Rate | Cost Basis | 12/31/17 Net Book Value | 12/31/18 Depreciation | 12/31/18 Accumulated Depreciation | 12/31/18 Net Book Value | 12/31/19 Depreciation | 12/31/19 Accumulated Depreciation | 12/31/19 Net Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Sold asset | | | | (4,118) | – | – | (4,118) | – | – | (4,118) | – |
| | RENTAL ASSETS | 06/30/13 | SL | 5.0000 | 52,503 | 5,249 | 5,249 | 52,503 | – | | 52,503 | – |
| | RENTAL ASSETS | 06/30/14 | SL | 5.0000 | 291,677 | 87,504 | 58,335 | 262,508 | 29,169 | 29,169 | 291,677 | – |
| | RENTAL ASSETS | 06/30/15 | SL | 5.0000 | 270,892 | 135,447 | 54,178 | 189,623 | 81,269 | 54,178 | 243,801 | 27,091 |
| | RENTAL ASSETS | 06/30/16 | SL | 5.0000 | 78,540 | 54,978 | 15,708 | 39,270 | 39,270 | 15,708 | 54,978 | 23,562 |
| | | | | | | | | | | | | |
| | **acct 1480  a/d account 1481** | **Other Machinery** | | | **825,728** | **283,178** | **133,470** | **676,020** | **149,708** | **99,055** | **775,075** | **50,653** |
| | | | | | | | | | | | | |
| 243 | STAGING/RENTAL ASSETS | 02/01/07 | SL | 5.0000 | 214,486 | – | – | 214,486 | – | | 214,486 | – |
| 261 | STAGING/RENTAL ASSETS | 04/30/08 | SL | 5.0000 | 82,540 | – | – | 82,540 | – | | 82,540 | – |
| | STAGING/RENTAL ASSETS | 08/01/08 | SL | 5.0000 | 67,077 | – | – | 67,077 | – | | 67,077 | – |
| | STAGING/RENTAL ASSETS | 09/01/08 | SL | 5.0000 | 6,708 | – | – | 6,708 | – | | 6,708 | – |
| | STAGING/RENTAL ASSETS | 10/01/08 | SL | 5.0000 | 14,010 | – | – | 14,010 | – | | 14,010 | – |
| | STAGING/RENTAL ASSETS | 10/01/08 | SL | 5.0000 | 3,834 | – | – | 3,834 | – | | 3,834 | – |
| | STAGING/RENTAL ASSETS | 01/31/09 | sl | 5.0000 | 7,927 | – | – | 7,927 | – | | 7,927 | – |
| | STAGING/RENTAL ASSETS | 12/01/09 | sl | 5.0000 | 16,654 | – | – | 16,654 | – | | 16,654 | – |
| | STAGING/RENTAL ASSETS | 12/01/10 | sl | 5.0000 | 16,548 | – | – | 16,548 | – | | 16,548 | – |
| | STAGING/RENTAL ASSETS | 07/01/11 | sl | 5.0000 | 83,042 | – | – | 83,042 | – | | 83,042 | – |
| | STAGING/RENTAL ASSETS | 06/30/12 | sl | 5.0000 | 47,923 | – | – | 47,923 | – | | 47,923 | – |
| | Sale | 08/01/08 | SL | 5.0000 | (23,046) | – | – | (23,046) | – | | (23,046) | – |
| | | | | | | | | | | | | |
| | **a/c 1484  a/d account 1481** | **Other Machinery** | | | **537,703** | **–** | **–** | **537,703** | **–** | | **537,703** | **–** |
| | | | | | | | | | | | | |
| 244 | AVID RENTAL ASSETS | 02/01/07 | SL | 5.0000 | 39,340 | – | – | 39,340 | – | | 39,340 | – |
| 262 | AVID RENTAL ASSETS | 04/30/08 | SL | 5.0000 | 96,967 | – | – | 96,967 | – | | 96,967 | – |
| | AVID RENTAL ASSETS | 12/01/09 | sl | 5.0000 | 6,670 | – | – | 6,670 | – | | 6,670 | – |
| | AVID RENTAL ASSETS | 12/01/10 | sl | 5.0000 | 38,102 | – | – | 38,102 | – | | 38,102 | – |
| | AVID RENTAL ASSETS | 07/01/11 | sl | 5.0000 | 73,727 | – | – | 73,727 | – | | 73,727 | – |
| | AVID RENTAL ASSETS | 06/30/12 | sl | 5.0000 | 27,678 | 5,534 | 5,534 | 27,678 | – | | 27,678 | – |
| | Sale of 4/30/08 asset | 04/30/08 | | | (35,350) | – | – | (35,350) | – | | (35,350) | – |
| | AVID RENTAL ASSETS | 06/30/13 | sl | 5.0000 | 43,552 | 13,067 | 8,710 | 39,195 | 4,357 | 4,357 | 43,552 | – |
| | AVID RENTAL ASSETS | 06/30/17 | sl | 5.0000 | 52,851 | 47,566 | 10,570 | 15,855 | 36,996 | 10,570 | 26,425 | 26,426 |
| | AVID RENTAL ASSETS | 06/30/18 | sl | 5.0000 | 64,464 | | 6,446 | 6,446 | 58,018 | 12,893 | 19,339 | 45,125 |
| | | | | | | | | | | | | |
| | **a/c 1486  depr acc 1481** | **Other Machinery** | | | **408,001** | **66,167** | **31,260** | **308,630** | **99,371** | **27,820** | **336,450** | **71,551** |
| | | | | | | | | | | | | |
| | **TOTAL 1480 ACCOUNTS** | | | | **1,771,432** | **349,345** | **164,730** | **1,522,353** | **249,079** | **126,875** | **1,649,228** | **122,204** |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| 200 | LEASEHOLD IMPROVEMENTS | 07/31/88 | MSL | 31.5000 | 2,270 | 89 | 72 | 2,253 | 17 | | 2,270 | – |
| 201 | LEASEHOLD IMPROVEMENTS | 07/31/89 | MSL | 31.5000 | 11,737 | 979 | 373 | 11,131 | 606 | 373 | 11,504 | 233 |
| 202 | LEASEHOLD IMPROVEMENTS | 07/31/90 | MSL | 31.5000 | 25,607 | 2,963 | 813 | 23,457 | 2,150 | 813 | 24,270 | 1,337 |
| 203 | LEASEHOLD IMPROVEMENTS | 07/31/91 | MSL | 31.5000 | 48,226 | 7,107 | 1,531 | 42,650 | 5,576 | 1,531 | 44,181 | 4,045 |
| 204 | LEASEHOLD IMPROVEMENTS | 07/31/92 | MSL | 31.5000 | 19,769 | 3,531 | 628 | 16,866 | 2,903 | 628 | 17,494 | 2,275 |
| 205 | LEASEHOLD IMPROVEMENTS | 07/31/93 | MSL | 39.0000 | 3,309 | 1,018 | 85 | 2,376 | 933 | 85 | 2,461 | 848 |
| 64 | LEASEHOLD IMPROVEMENTS | 07/31/94 | MSL | 39.0000 | 819 | 316 | 21 | 524 | 295 | 21 | 545 | 274 |
| 65 | LEASEHOLD IMPROVEMENTS | 07/31/95 | MSL | 39.0000 | 54,336 | 22,413 | 1,393 | 33,316 | 21,020 | 1,393 | 34,709 | 19,627 |
| 66 | LEASEHOLD IMPROVEMENTS | 07/31/96 | MSL | 39.0000 | 4,821 | 2,160 | 124 | 2,785 | 2,036 | 124 | 2,909 | 1,912 |
| 67 | LEASEHOLD IMPROVEMENTS | 07/31/97 | MSL | 39.0000 | 3,642 | 1,739 | 93 | 1,996 | 1,646 | 93 | 2,089 | 1,553 |
| 85 | LEASEHOLD IMPROVEMENTS | 07/31/98 | MSL | 39.0000 | 103,401 | 42,795 | 2,651 | 63,257 | 40,144 | 2,651 | 65,908 | 37,493 |
| 104 | LEASEHOLD IMPROVEMENTS | 01/22/99 | MSL | 39.0000 | 2,790 | 1,426 | 72 | 1,436 | 1,354 | 72 | 1,508 | 1,282 |
| 106 | LEASEHOLD IMPROVEMENTS | 01/31/99 | MSL | 39.0000 | 34,276 | 17,612 | 879 | 17,543 | 16,733 | 879 | 18,422 | 15,854 |

Case 20-11768-CMG    Doc 1    Filed 02/02/20    Entered 02/02/20 ... Page 19 of 101

**VIDEO CORPORATION OF AMERICA**
**Business - Depreciation and Amortization**
**FY 12/31/19**

| et Number | Description | Date in Service | Method | Life / Rate | Cost Basis | 12/31/17 Net Book Value | 12/31/18 Depreciation | 12/31/18 Accumulated Depreciation | 12/31/18 Net Book Value | 12/31/19 Depreciation | 12/31/19 Accumulated Depreciation | 12/31/19 Net Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 123 | LEASEHOLD IMPROVEMENTS | 01/31/00 | MSL | 39.0000 | 8,320 | 4,495 | 213 | 4,038 | 4,282 | 213 | 4,251 | 4,069 |
| 121 | LEASEHOLD IMPROVEMENTS | 03/31/00 | MSL | 39.0000 | 5,254 | 2,852 | 135 | 2,537 | 2,717 | 135 | 2,672 | 2,582 |
| 125 | LEASEHOLD IMPROVEMENTS - NEW ROOF | 07/19/00 | MSL | 39.0000 | 8,533 | 4,710 | 219 | 4,042 | 4,491 | 219 | 4,261 | 4,272 |
| 124 | LEASEHOLD IMPROVEMENTS | 07/26/00 | MSL | 39.0000 | 33,357 | 18,429 | 855 | 15,783 | 17,574 | 855 | 16,638 | 16,719 |
| 135 | LEASEHOLD IMPROVEMENTS | 01/31/01 | MSL | 39.0000 | 46,604 | 26,339 | 1,195 | 21,460 | 25,144 | 1,195 | 22,655 | 23,949 |
| 159 | LEASEHOLD IMPROV - NJ | 02/15/02 | MSL | 39.0000 | 17,373 | 10,309 | 445 | 7,509 | 9,864 | 445 | 7,954 | 9,419 |
| 195 | LEASEHOLD IMPROVEMENTS - NJ | 12/17/02 | MSL | 39.0000 | 690 | 420 | 18 | 288 | 402 | 18 | 306 | 384 |
| 196 | LEASEHOLD IMPROVEMENTS - NJ | 02/12/03 | MSL | 39.0000 | 3,650 | 2,252 | 94 | 1,492 | 2,158 | 94 | 1,586 | 2,064 |
| 197 | LEASEHOLD IMPROVEMENTS - NJ | 02/13/03 | MSL | 39.0000 | 505 | 312 | 13 | 206 | 299 | 13 | 219 | 286 |
| 198 | LEASEHOLD IMPROVEMENT - NJ | 04/17/03 | MSL | 39.0000 | 2,088 | 1,294 | 54 | 848 | 1,240 | 54 | 902 | 1,186 |
| 199 | CARPET - NJ | 07/30/03 | M | 7.0000 | 21,896 | – | – | 21,896 | – | – | 21,896 | – |
| 217 | A/C UNIT | 10/15/03 | MSL | 39.0000 | 940 | 599 | 24 | 365 | 575 | 24 | 389 | 551 |
| 219 | DOOR FRAMES, DOORS | 10/20/03 | MSL | 39.0000 | 2,544 | 1,620 | 65 | 989 | 1,555 | 65 | 1,054 | 1,490 |
| 218 | NEW ROOF A/C | 11/18/03 | MSL | 39.0000 | 84,452 | 53,871 | 2,165 | 32,746 | 51,706 | 2,165 | 34,911 | 49,541 |
| 216 | LEASEHOLD IMPROVEMENT | 11/20/03 | MSL | 39.0000 | 750 | 481 | 19 | 288 | 462 | 19 | 307 | 443 |
| 220 | ELECTRICAL IMPROVEMENTS | 02/17/04 | MSL | 39.0000 | 275 | 178 | 7 | 104 | 171 | 7 | 111 | 164 |
| 230 | LEASEHOLD IMPROV - GA | 12/31/04 | MSL | 39.0000 | 9,453 | 6,297 | 242 | 3,398 | 6,055 | 242 | 3,640 | 5,813 |
| 242 | LEASEHOLD IMRPOVEMENTS-DRIVEWAY | 10/19/06 | SL | 39.0000 | 5,460 | 3,897 | 140 | 1,703 | 3,757 | 140 | 1,843 | 3,617 |
| | LEASEHOLD IMPROV - GA | 10/31/08 | SL | 39.0000 | 29,073 | 22,244 | 745 | 7,574 | 21,499 | 745 | 8,319 | 20,754 |
| | LEASEHOLD IMPROV-A/C UNIT | 02/01/09 | SL | 39.0000 | 700 | 477 | 18 | 241 | 459 | 18 | 259 | 441 |
| | LEASEHOLD IMPROVEMENT | 06/01/11 | SL | 39.0000 | 255,630 | 212,476 | 6,555 | 49,709 | 205,921 | 6,555 | 56,264 | 199,366 |
| | LEASEHOLD IMPROVEMENT | 06/30/12 | SL | 39.0000 | 8,930 | 7,480 | 229 | 1,679 | 7,251 | 229 | 1,908 | 7,022 |
| | LEASEHOLD IMPROVEMENT | 06/30/13 | SL | 39.0000 | 450 | 390 | 12 | 72 | 378 | 12 | 84 | 366 |
| | LEASEHOLD IMPROVEMENT - NYC | 06/30/14 | SL | 39.0000 | 5,500 | 5,006 | 141 | 635 | 4,865 | 141 | 776 | 4,724 |
| | LEASEHOLD IMPROVEMENT - NYC | 06/30/15 | SL | 39.0000 | 5,340 | 4,998 | 137 | 479 | 4,861 | 137 | 616 | 4,724 |
| | LEASEHOLD IMPROVEMENT - WAREHSE | 06/30/15 | SL | 39.0000 | 764,062 | 715,084 | 19,591 | 68,569 | 695,493 | 19,591 | 88,160 | 675,902 |
| | LEASEHOLD IMPROVEMENT - WAREHSE | 06/30/16 | SL | 39.0000 | 194,696 | 187,208 | 4,992 | 12,480 | 182,216 | 4,992 | 17,472 | 177,224 |
| | LEASEHOLD IMPROVEMENT - WAREHSE | 06/30/17 | SL | 39.0000 | 75,050 | 74,088 | 1,924 | 2,886 | 72,164 | 1,924 | 4,810 | 70,240 |
| | **a/c 1450,1460,1470 a/d 1471** | **Office Fixtures** | | | **1,906,578** | **1,471,954** | **48,982** | **483,606** | **1,422,972** | **48,982** | **532,533** | **1,374,045** |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| 82 | COMPUTER EQUIP. - CT | 10/08/97 | MT | 5.0000 | 5,841 | – | – | 5,841 | – | – | 5,841 | – |
| 68 | COMPUTER EQUIPMENT | 07/31/98 | MT | 5.0000 | 12,619 | – | – | 12,619 | – | – | 12,619 | – |
| 96 | COMPUTER EQUIPMENT | 01/31/99 | MT | 5.0000 | 53,424 | – | – | 53,424 | – | – | 53,424 | – |
| 116 | COMPUTER EQUIPMENT | 01/31/00 | MT | 5.0000 | 97,723 | – | – | 97,723 | – | – | 97,723 | – |
| 142 | COMPUTER EQUIP. | 03/31/02 | MT | 5.0000 | 262 | – | – | 262 | – | – | 262 | – |
| 143 | COMPUTER EQUIP. | 04/18/02 | MT | 5.0000 | 12,567 | – | – | 12,567 | – | – | 12,567 | – |
| | INGRM C/SCANNER 15 | 10/31/08 | SL | 5.0000 | 899 | – | – | 899 | – | – | 899 | – |
| | Computer Equipment | 01/31/09 | s1 | 5.0000 | 269,607 | – | – | 269,607 | – | – | 269,607 | – |
| | Computer Equipment | 05/31/09 | s1 | 5.0000 | 1,198 | – | – | 1,198 | – | – | 1,198 | – |
| | Computer Equipment | 06/30/09 | s1 | 5.0000 | 1,824 | – | – | 1,824 | – | – | 1,824 | – |
| | Computer equipment | 06/30/09 | s1 | 5.0000 | 2,804 | – | – | 2,804 | – | – | 2,804 | – |
| | Computer equipment | 03/31/10 | s1 | 5.0000 | 56,003 | – | – | 56,003 | – | – | 56,003 | – |
| | Computer equipment | 11/30/10 | s1 | 5.0000 | 11,197 | – | – | 11,197 | – | – | 11,197 | – |
| | Computer equipment | 09/01/11 | s1 | 5.0000 | 28,998 | – | – | 28,998 | – | – | 28,998 | – |
| | Computer equipment | 06/30/12 | s1 | 5.0000 | 31,215 | – | – | 31,215 | – | – | 31,215 | – |
| | Computer equipment | 06/30/13 | s1 | 5.0000 | 45,494 | 4,549 | 4,549 | 45,494 | – | – | 45,494 | – |
| | Computer equipment | 06/30/14 | s1 | 5.0000 | 91,772 | 27,533 | 18,354 | 82,593 | 9,179 | 9,179 | 91,772 | – |
| | Computer equipment | 06/30/15 | s1 | 5.0000 | 137,243 | 68,621 | 27,449 | 96,071 | 41,172 | 27,449 | 123,520 | 13,723 |
| | Computer equipment | 06/30/16 | s1 | 5.0000 | 37,472 | 26,231 | 7,494 | 18,735 | 18,737 | 7,494 | 26,229 | 11,243 |
| | Computer equipment | 06/30/17 | s1 | 5.0000 | 15,045 | 13,540 | 3,009 | 4,514 | 10,531 | 3,009 | 7,523 | 7,522 |

Case 22-08012-JMM Doc Filed 02/03/20 Page 20 of 101 Entered 02/03/20 08:46:2? Desc ...

**VIDEO CORPORATION OF AMERICA**
**Business - Depreciation and Amortization**
**FY 12/31/19**

Case 20-11768-CMG   Doc 1   Document   Filed 02/02/20   Entered 02/03/20 08:46:27   Desc Main   Page 21 of 101

| et Number | Description | Date in Service | Method | Life / Rate | Cost Basis | 12/31/17 Net Book Value | 12/31/18 Depreciation | 12/31/18 Accumulated Depreciation | 12/31/18 Net Book Value | 12/31/19 Depreciation | 12/31/19 Accumulated Depreciation | 12/31/19 Net Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Computer equipment | 06/30/18 | sl | 5.0000 | 20,502 | | 2,050 | 2,050 | 18,452 | 4,100 | 6,150 | 14,352 |
| | | | | | | | | | | | | |
| | a/c 1490  a/d 1401 | Office Equipment | | | 933,709 | 140,474 | 62,905 | 835,638 | 98,071 | 51,231 | 886,869 | 46,840 |
| | | | | | | | | | | | | |
| 112 | COMPUTER SOFTWARE | 05/19/00 | MSL | 3.0000 | 2,999 | – | – | 2,999 | – | | 2,999 | – |
| 113 | COMPUTER SOFTWARE | 07/11/00 | MSL | 3.0000 | 3,042 | – | – | 3,042 | – | | 3,042 | – |
| 114 | COMPUTER SOFTWARE | 07/26/00 | MSL | 3.0000 | 11,897 | – | – | 11,897 | – | | 11,897 | – |
| 234 | SOFTWARE - SOLOMON | 08/31/04 | A | 4.0000 | 74,147 | – | – | 74,147 | – | | 74,147 | – |
| 229 | SOFTWARE - SOLOMON | 12/31/04 | A | 4.0000 | 492,673 | – | – | 492,673 | – | | 492,673 | – |
| 238 | SOFTWARE - SOLOMON | 05/01/06 | A | 4.0000 | 307,520 | – | – | 307,520 | – | | 307,520 | – |
| 247 | R2 SOFTWARE | 02/01/07 | A | 4.0000 | 6,778 | – | – | 6,778 | – | | 6,778 | – |
| 248 | SOFTWARE - SOLOMON | 02/01/07 | A | 4.0000 | 17,088 | – | – | 17,088 | – | | 17,088 | – |
| 264 | SOFTWARE - SOLOMON | 05/21/08 | A | 4.0000 | 16,710 | – | – | 16,710 | – | | 16,710 | – |
| | SOFTWARE - SOLOMON | 08/01/08 | A | 4.0000 | 4,129 | – | – | 4,129 | – | | 4,129 | – |
| | SOFTWARE - SOLOMON | 09/01/08 | A | 4.0000 | 3,850 | – | – | 3,850 | – | | 3,850 | – |
| | SOFTWARE - SOLOMON | 03/01/09 | A | 4.0000 | 5,359 | – | – | 5,359 | – | | 5,359 | – |
| | SOFTWARE - SOLOMON | 04/01/09 | A | 4.0000 | 7,468 | – | – | 7,468 | – | | 7,468 | – |
| | SOFTWARE - SOLOMON | 12/01/09 | A | 4.0000 | 5,431 | – | – | 5,431 | – | | 5,431 | – |
| | SOFTWARE - SOLOMON | 03/31/10 | A | 4.0000 | 30,781 | – | – | 30,781 | – | | 30,781 | – |
| | SOFTWARE - SOLOMON | 10/31/10 | A | 4.0000 | 38,536 | – | – | 38,536 | – | | 38,536 | – |
| | R2 SOFTWARE | 11/30/10 | A | 4.0000 | 4,086 | – | – | 4,086 | – | | 4,086 | – |
| | SOFTWARE - SOLOMON | 03/01/11 | A | 4.0000 | 39,210 | – | – | 39,210 | – | | 39,210 | – |
| | R2 SOFTWARE | 06/30/12 | A | 4.0000 | 1,584 | – | – | 1,584 | – | | 1,584 | – |
| | SOFTWARE - SOLOMON | 06/30/12 | A | 4.0000 | 14,285 | – | – | 14,285 | – | | 14,285 | – |
| | SOFTWARE - SOLOMON | 06/30/13 | A | 4.0000 | 25,354 | – | – | 25,354 | – | | 25,354 | – |
| | SOFTWARE - SOLOMON | 06/30/14 | A | 4.0000 | 38,892 | 4,861 | 4,861 | 38,892 | – | | 38,892 | – |
| | SOFTWARE - SOLOMON | 06/30/15 | A | 4.0000 | 111,441 | 41,791 | 27,860 | 97,510 | 13,931 | 13,931 | 111,441 | – |
| | SOFTWARE - SOLOMON | 06/30/16 | A | 4.0000 | 139,517 | 69,759 | 34,879 | 104,637 | 34,880 | 34,880 | 139,517 | – |
| | SOFTWARE - SOLOMON | 06/30/17 | A | 4.0000 | 33,105 | 28,967 | 8,276 | 12,414 | 20,691 | 8,276 | 20,690 | 12,415 |
| | | | | | | | | | | | | |
| | a/c 1482,1500   a/d 1501 | Office Equipment | | | 1,435,882 | 145,378 | 75,876 | 1,366,380 | 69,502 | 57,087 | 1,423,467 | 12,415 |
| | | | | | | | | | | | | |
| 221 | CARPETING - SOMERSET | 04/02/02 | M | 7.0000 | 34,384 | – | – | 34,384 | – | | 34,384 | – |
| 223 | STORAGE RACKS | 03/26/04 | M | 7.0000 | 6,240 | – | – | 6,240 | – | | 6,240 | – |
| 208 | SHELVING | 06/25/04 | M | 7.0000 | 1,939 | – | – | 1,939 | – | | 1,939 | – |
| 231 | FURN. & FIXT. EQUIP - G&A | 12/15/04 | MSL | 7.0000 | 7,079 | – | – | 7,079 | – | | 7,079 | – |
| 232 | FURN. & FIXT. - NYC | 12/31/04 | MSL | 7.0000 | 1,806 | – | – | 1,806 | – | | 1,806 | – |
| 237 | FURNITURE, FIXTURES & EQUIP. | 02/01/06 | SL | 7.0000 | 63,415 | – | – | 63,415 | – | | 63,415 | – |
| 250 | COMPUTER EQUIPMENT | 02/01/07 | SL | 5.0000 | 43,612 | – | – | 43,612 | – | | 43,612 | – |
| 246 | FURNITURE, FIXT, & EQUIP | 02/01/07 | SL | 7.0000 | 52,095 | – | – | 52,095 | – | | 52,095 | – |
| 251 | FURNITURE, FIXT, & EQUIP | 10/22/07 | SL | 7.0000 | 19,007 | – | – | 19,007 | – | | 19,007 | – |
| 252 | TELEPHONE | 04/17/08 | MT | 5.0000 | 3,540 | – | – | 3,540 | – | | 3,540 | – |
| 258 | TELEPHONE | 04/17/08 | MT | 5.0000 | 3,541 | – | – | 3,541 | – | | 3,541 | – |
| 263 | COMPUTER EQUIPMENT | 04/30/08 | SL | 5.0000 | 28,256 | – | – | 28,256 | – | | 28,256 | – |
| 260 | FURNITURE & EQUIP. PENN | 05/20/08 | SL | 7.0000 | 317 | – | – | 317 | – | | 317 | – |
| 254 | FURNITURE, FIXTURES & EQUIP. | 05/20/08 | SL | 7.0000 | 3,599 | – | – | 3,599 | – | | 3,599 | – |
| 253 | TELEPHONE | 06/05/08 | MT | 5.0000 | 9,464 | – | – | 9,464 | – | | 9,464 | – |
| 255 | FURNITURE, FIXTURES & EQUIP. | 07/29/08 | SL | 7.0000 | 12,664 | – | – | 12,664 | – | | 12,664 | – |
| | Furniture and Equipment | 09/30/09 | sl | 7.0000 | 1,014 | – | – | 1,014 | – | | 1,014 | – |

**VIDEO CORPORATION OF AMERICA**
**Business - Depreciation and Amortization**
**FY 12/31/19**

| et Number | Description | Date in Service | Method | Life / Rate | Cost Basis | 12/31/17 Net Book Value | 12/31/18 Depreciation | 12/31/18 Accumulated Depreciation | 12/31/18 Net Book Value | 12/31/19 Depreciation | 12/31/19 Accumulated Depreciation | 12/31/19 Net Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Furniture and Equipment | 03/31/10 | sl | 7.0000 | 13,371 | – | – | 13,371 | – | | 13,371 | – |
| | Furniture and Equipment | 07/31/10 | sl | 7.0000 | 52,287 | 1,243 | 1,243 | 52,287 | – | | 52,287 | – |
| 259 | furN. & FIXT. | 07/01/11 | SL | 7.0000 | 16,755 | 1,194 | 1,194 | 16,755 | – | | 16,755 | – |
| | FURNITURE, FIXTURES & EQUIP. | 06/30/12 | SL | 7.0000 | 9,174 | 1,964 | 1,311 | 8,521 | 653 | 653 | 9,174 | – |
| | FURNITURE, FIXTURES & EQUIP. | 06/30/13 | SL | 7.0000 | 10,791 | 3,852 | 1,542 | 8,481 | 2,310 | 1,542 | 10,023 | 768 |
| | FURNITURE, FIXTURES & EQUIP. | 06/30/14 | SL | 7.0000 | 35,022 | 17,511 | 5,003 | 22,514 | 12,508 | 5,003 | 27,517 | 7,505 |
| | FURNITURE, FIXTURES & EQUIP. | 06/30/15 | SL | 7.0000 | 101,672 | 65,360 | 14,525 | 50,837 | 50,835 | 14,525 | 65,362 | 36,310 |
| | FURNITURE, FIXTURES & EQUIP. | 06/30/16 | SL | 7.0000 | 4,030 | 3,166 | 576 | 1,440 | 2,590 | 577 | 2,016 | 2,014 |
| | FURNITURE, FIXTURES & EQUIP. | 06/30/18 | SL | 7.0000 | 2,699 | | 193 | 193 | 2,506 | 386 | 579 | 2,120 |
| | | | | | | | | | | | | |
| | a/c 1400   a/d 1401 | Office Fixtures | | | 537,773 | 94,290 | 25,587 | 466,371 | 71,402 | 22,609 | 489,056 | 48,717 |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | Total | | | | 7,270,990 | 2,234,818 | 385,493 | 5,330,211 | 1,940,779 | 312,447 | 5,642,658 | 1,628,332 |

| | | | | | |
|---|---|---|---|---|---|
| Depreciable Assets | 5,835,108 | | 309,617 | 3,963,831 | 255,369 | 4,219,191 | 1,615,917 |
| Amortizable Assets | 1,435,882 | | 75,876 | 1,366,380 | 57,078 | 1,423,467 | 12,415 |
| | | | | | |
| Additions | 7,270,990 | | 385,493 | 5,330,211 | 312,447 | 5,642,658 | 1,628,332 |

---

**Fill in this information to identify the case:**

Debtor name _Video Corporation of America_

United States Bankruptcy Court for the: _DISTRICT OF NEW JERSEY_

Case number (if known) _____

☐ Check if this is an
amended filing

---

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** Wells Fargo Bank, N.A.<br>Creditor's Name<br><br>99 Wood Ave. So.<br>3rd Fl<br>Iselin, NJ 08830<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>All assets<br><br><br>**Describe the lien**<br>Revolving Loan | $3,468,734.49 | Unknown |

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | |
| --- | --- | --- | --- |
| **2.2** Wells Fargo Bank, N.A.<br>Creditor's Name<br><br>99 Wood Ave. So.<br>3rd Fl<br>Iselin, NJ 08830<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>7 Veronica Ave.<br>Somerset, NJ  08873<br><br>**Describe the lien**<br>Term Loan | $627,687.76 | Unknown |

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | Video Corporation of America | Case number (if know) | |
|--------|------------------------------|------------------------|--|
| | Name | | |

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $4,096,422.25

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-------------------------------------------------------------|--------------------------------------------------|
| | | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 2

**Fill in this information to identify the case:**

Debtor name __Video Corporation of America__

United States Bankruptcy Court for the: __DISTRICT OF NEW JERSEY__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | $56,731.13 | $56,731.13 |

| | |
|---|---|
| **2.1** Priority creditor's name and mailing address<br>NY State Sales Tax<br>JAF Building<br>PO Box 1207<br>New York, NY 10116 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim:<br>Sales Tax |
| Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| | |
|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>1 Beyond<br>529 Main St.<br>Suite 109<br>Charlestown, MA 02129<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*    $2,872.20<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.2** Nonpriority creditor's name and mailing address<br>1Source Video<br>3 Crown Plaza<br>Hazlet, NJ 07730<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*    $49,126.64<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business Debt<br>Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | Video Corporation of America | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>Abel-Cinetech, Inc.<br>609 Greenwich St.<br>New York, NY 10014<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Business Debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | $3,950.00 |
|---|---|---|---|
| 3.4 | **Nonpriority creditor's name and mailing address**<br>ADI<br>107 Corporate Blvd.<br>Suite E & F<br>South Plainfield, NJ 07080<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Business Debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | $35,049.74 |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>Adtech Systems<br>490 Boston Post Road<br>Suite 12<br>Sudbury, MA 01776<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Business Debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | $880.00 |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>AFA Protective Systems<br>155 Michael Drive<br>Syosset, NY 11791<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Business Debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,101.57 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>AJA Video<br>180 Litton Dr.<br>Grass Valley, CA 95945<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Business Debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | $10,606.40 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>Allen Visual Systems, Inc.<br>1495 Busch Parkway<br>Buffalo Grove, IL 60089<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Business Debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | $5,552.00 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>Allied Professional Tech<br>22521 Avenida Empresa<br>Suite 125<br>Rancho Santa Margarita, CA 92688<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Business Debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | $50.00 |

| Debtor | Video Corporation of America | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,135.36 |
|---|---|---|---|

Almo
2709 Commerce Way
Philadelphia, PA 19154

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,022.25 |
|---|---|---|---|

Altia Systems
10020 North De Anza Blvd
Suite 200
Cupertino, CA 95014

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,760.00 |
|---|---|---|---|

Altitude Staffing
2580 Ocean Parkway
Suite 2M
Brooklyn, NY 11235

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46.37 |
|---|---|---|---|

Amazon.com
Coffeyville Ind. Park
2654 N. Highway 169
Coffeyville, KS 67337

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $196,018.54 |
|---|---|---|---|

American Express
PO Box 1270
Newark, NJ 07101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Credit Card

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $207,915.69 |
|---|---|---|---|

American Express
PO Box 650448
Dallas, TX 75265-0448

**Date(s) debt was incurred** _

**Last 4 digits of account number** _1001_

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Credit Card

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,966.88 |
|---|---|---|---|

American Music & Sound
22020 Claredon St.
Suite 305
Woodland Hills, CA 91367

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Video Corporation of America | Case number (if known) |
|---|---|---|
| | Name | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,970.38 |
|---|---|---|---|
| | Ametek Electronics Systems Prot.<br>8001 Knighdale Blvd.<br>Suite 121<br>Knightdale, NC 27545 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,463.75 |
|---|---|---|---|
| | Anixter<br>PO Box 847428<br>Dallas, TX 75284-7428 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $164,186.00 |
|---|---|---|---|
| | Atlantis Partners<br>722 Corneila St.<br>Boonton, NJ 07005-6000 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,866.60 |
|---|---|---|---|
| | Atterotech<br>1315 Directors Row<br>Suite 107<br>Fort Wayne, IN 46808 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,719.67 |
|---|---|---|---|
| | Audio Accessories, Inc.<br>25 Mill St.<br>Marlow, NH 03456 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,407.50 |
|---|---|---|---|
| | Audio Incorporated<br>170-172 West Westfield Ave.<br>Roselle Park, NJ 07204 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $192.03 |
|---|---|---|---|
| | Audio Technica<br>1221 Commerce Dr<br>Stow, OH 44224 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Video Corporation of America | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,186.02 |
|---|---|---|---|

AUDIX
PO Box 4010
9400 SW Barber St
Wilsonville, OR 97070

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,920.00 |
|---|---|---|---|

Auton Motorized Systems
24856 Avenue Rockefeller
Valencia, CA 91355

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $634,249.32 |
|---|---|---|---|

Avid Technology, Inc.
75 Network Dr.
Burlington, MA 01803

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,117.10 |
|---|---|---|---|

Avteq, Inc.
1151 Empire Central
Dallas, TX 75247

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $306,448.49 |
|---|---|---|---|

B&G Electric Contractors
7100 New Horizons Blvd.
North Amityville, NY 11701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $239.94 |
|---|---|---|---|

Barclay Brand
2401 So. Clinton Avenue
South Plainfield, NJ 07080

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,860.91 |
|---|---|---|---|

Barco Visual Solutions LLC
3240 Town Point Dr.
Suite 100
Duluth, GA 30097

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Video Corporation of America | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,535.70**

Barco, Inc.
11101 Trade Center Drive
Suite A
Rancho Cordova, CA 95670

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$52,400.00**

Bay Tech Design Group
123 Freedom Hills Dr.
Barnegat, NJ 08005

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48,931.25**

Beacon Hill Staffing Group, LLC
99 Cherry Hill Rd
Suite 105
Parsippany, NJ 07054

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,287.61**

Biamp Systems
9300 SW Gemeni Dr.
Beaverton, OR 97008

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,015.91**

Bittree
PO Box 3764
Glendale, CA 91221

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,127.50**

Boris FX/M100
65 Franklin St.
Suite 400
Boston, MA 02110

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,575.28**

Bosch Communications
12000 Portland Ave. South
Burnsville, MN 55337

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   Video Corporation of America
_____     Case number (if known) _____
         Name

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $277.20 |
|---|---|---|---|

Bose Corporation
145 Pennsylvania Ave.
Framingham, MA 01701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,982.50 |
|---|---|---|---|

Broadcast Integration Services
32 Ramapo Road
Hewitt, NJ 07421

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,968.12 |
|---|---|---|---|

Broadfield Distribution
179 Liberty Ave.
Mineola, NY 11501

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,841.89 |
|---|---|---|---|

BTX
5 Skyline Dr.
Hawthorne, NY 10532

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,039.23 |
|---|---|---|---|

C.H. Robinson
14701 Charlson Road
Suite 1400
Eden Prairie, MN 55347

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

Carolyn Heinze
148 Clarence St.
Port Colborne
Ontario CANADA
L3K 3G5

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,223.05 |
|---|---|---|---|

Central Moving and Storage
499 Seventh Ave.
17th Floor North
New York, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Video Corporation of America | Case number (if known) |
|---|---|---|
| | Name | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,384.57 |
|---|---|---|---|

Chase
PO Box 15123
Wilmington, DE 19850

**Date(s) debt was incurred** _

**Last 4 digits of account number** _8620_

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Credit Card

Is the claim subject to offset? ■ No ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,384.57 |
|---|---|---|---|

Chief Manufacturing Inc.
8401 Eagle Creek Parkway
Suite 700
Savage, MN 55378

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $458,122.69 |
|---|---|---|---|

Christie Digital
10550 Camden Dr
Cypress, CA 90630

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $706.83 |
|---|---|---|---|

Cintas
51 New England Avenue
Piscataway, NJ 08854-4142

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,393.75 |
|---|---|---|---|

Citipak Delivery Systems
1270 Broadway
2nd Floor
New York, NY 10001

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,352.36 |
|---|---|---|---|

Clock Audio
2891 Rue Du Meunier Unit 103
Vaudreuil-Dorion
Quebec CANADA
J7V-8P2

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72.13 |
|---|---|---|---|

Comprehensive Video Group
80 Little Falls Road
Fairfield, NJ 07004

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Video Corporation of America | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.52** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,221.63**

Contemporary Research
3220 Commander Dr.
Suite 102
Carrollton, TX 75006

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$270.00**

ControlWorks Consulting, LLC
701 Beta Drive, #22
Mayfield Village, OH 44143

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,424.00**

Convergent Media Sysems
4465 Northpark Dr.
Suite 400
Colorado Springs, CO 80907

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$662,679.37**

Coranet
2 Washington St.
Suite 701
New York, NY 10004

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$225,244.00**

Creston Electronics, Inc.
101 Broadway
Cresskill, NJ 07626

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$715.37**

Crimson AV, LLC
1854 Elmdale Ave
Glenview, IL 60026

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$38,355.46**

Dale Electronics Corp.
22 W. 19th St.
Floor 2
New York, NY 10011-4204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Video Corporation of America | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.59** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,182.43**

Dalite Screen Co., Inc.
7610 W. Washington St.
Indianapolis, IN 46231

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$490.10**

Dalton Electric, Heating & Cooling
1186 Livingston Ave.
North Brunswick, NJ 08902

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,943.75**

Data Projections
3036 Rogerdale Road
Houston, TX 77042

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,690.40**

Dickerman Overseas Contracting
Unit 3 Adam Business Centre
Henson Way,Telford Way Ind. Estate
Kettering Northamptonshire
NN16 8PX

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$72,510.90**

Digital Media Systems, Inc.
248 West 35th St.
New York, NY 10001

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,136.25**

Digital Projection
55 Chastain Road
Suite 115
Kennesaw, GA 30144

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$17,847.50**

Diversant LLC
331 NewmanSprings Rd
2nd Fl., Suite 350
Red Bank, NJ 07701

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com |

| Debtor | Video Corporation of America | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.66** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18,227.75**

DNF Controls
19770 Bahama St.
Northridge, CA 91324

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,225.00**

Dolby Laboratories
16841 Collections Center Drive
Chicago, IL 60693

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13,507.67**

Draper, Inc.
411 S. Pearl St.
PO Box 425
Spiceland, IN 47385

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$42.50**

DWI Enterprises
11081 Winners Circle
Los Alamitos, CA 90720

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$63,206.40**

EditShare, LLC
3 Brook St.
Watertown, MA 02472-2314

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.71** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,190.48**

Eiki International
17 New Friendship Road
Howell, NJ 07731

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.72** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$14,570.48**

Enlightened Audio Visual
8625 Government Circle
Gaithersburg, MD 20877

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Video Corporation of America | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43,222.10**

Evertz Microsystems
5292 John Lucas Dr.
Burlington Ontario
CANADA L7L 5Z9

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$96,055.35**

Extron Electronics
1025 E. Ball Road
Anaheim, CA 92805

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,222.48**

Falgi Carting
PO 250
Middlesex, NJ 08846

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$194.60**

Fire Extinghisher Maintenance
166 Broadway
Staten Island, NY 10310

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$624,205.90**

Forest Electric Corp.
1375 Broadway
7th Fl
New York, NY 10018

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,570.07**

FSR, Inc.
244 Bergen Blvd.
West Paterson, NJ 07424

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,754.08**

Full Compass
9770 Silicon Prairie Parkway
Madison, WI 53593

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Video Corporation of America | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.80** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,699.79**

Genelec, Inc.
16 Passaic Ave.
Unit #6
Fairfield, NJ 07004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.81** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$95.87**

Grainger
240 Jericho Turnpike
New Hyde Park, NY 11040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.82** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,870.76**

Graybar Electric Co.
343 Walsh Drive
Parsippany, NJ 07054

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,797.09**

Haivision Network Video
750 Estate Drive
Suite 104
Deerfield, IL 60015

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,361.36**

Hal Leonard Corporation
7777 West Bluemound Road
Milwaukee, WI 53213

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$777.96**

Hall Research Tech, Inc.
1163 Warner Ave
Tustin, CA 92780

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,090.80**

Harman, A Samsung Company
4000 Chemical Road
Plymouth Meeting, PA 19462

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Video Corporation of America | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.87** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $238,425.27

Hatzel & Buehler, Inc.
230 Park Ave.
Suite 925
New York, NY 10169

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,436.91

Heckler Design
2115 S. 11th Ave.
Suite 120
Phoenix, AZ 85007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $21,399.13

Herman Integration Services
8016 Old Contry Road 54
New Port Richey, FL 34653

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,417.50

Hypertec Systems
9300 Route Transcanadienne
Saint-Laurent
Quebec CANADA
H4S 1K5

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $204,919.85

Ingram Micro
1759 Wehrie Drive
Williamsville, NY 14221

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.92** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $39,826.00

Integr8 Audiovisual
171 E Lake Dr.
Roswell, GA 30075

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2.66

Intercall Telephone
PO Box 281866
Atlanta, GA 30384-1866

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Utility Bills

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Video Corporation of America | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $98.19 |
|---|---|---|---|

Jameco Electronics
PO Box 822
Belmont, CA 94002

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $102,294.44 |
|---|---|---|---|

JB&A Distribution
1050 Northgate Dr.
Suite 200
San Rafael, CA 94903

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $23,452.00 |
|---|---|---|---|

JVC
1700 Valley Road
Wayne, NJ 07470

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $667.65 |
|---|---|---|---|

K-Array USA
103 Central St.
Suite K
Wellesley, MA 02482

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

Kane Communications
572 Whitehead Road
Suite 201
Trenton, NJ 08619

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $77,373.93 |
|---|---|---|---|

KBZ
2003 So. Easton Rd.
Suite 308
Doylestown, PA 18901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $77.90 |
|---|---|---|---|

Kramer Electronics
96 Route 173 West
Suite 1
Hampton, NJ 08827

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Video Corporation of America | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $662.51 |
|---|---|---|---|

L-COM
50 High St., West Mill
3rd Fl., Suite #30
North Andover, MA 01845

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $40.00 |
|---|---|---|---|

Lab Management Network, Inc.
4445 Eastgate Mall
Suite 200
San Diego, CA 92121

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $16,220.00 |
|---|---|---|---|

Leader Instruments Corporation
80 Seaview Dr.
Secaucus, NJ 07094

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $36,270.50 |
|---|---|---|---|

Lencore Acoustics Corp.
1 Crossways Park Drive West
Woodbury, NY 11797

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $17,529.00 |
|---|---|---|---|

Leon Speakers
715 W. Ellsworth Road
Ann Arbor, MI 48108

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $12,757.99 |
|---|---|---|---|

Liberty Wire & Cable, Inc.
11675 Ridgeline Dr.
Colorado Springs, CO 80921

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,294.15 |
|---|---|---|---|

Listen Technologies
14912 Heritagecrest Way
Bluffdale, UT 84065-4818

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Video Corporation of America | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $16,005.00 |
|---|---|---|---|

LiveWire Sound and Image
84 Center St.
Shelton, CT 06484

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,495.15 |
|---|---|---|---|

Long Island Consultants
22 Bowring Walk
Toronto CANADA
M3H 5Z8

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,785.40 |
|---|---|---|---|

Loud Audio, LLC
7939 - Solutions Center
Chicago, IL 60677-7009

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $28,774.00 |
|---|---|---|---|

M. Gitlin Co.
133 Andrien Road
Glen Mills, PA 19342

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $688.00 |
|---|---|---|---|

Magewell
156 Madison Ave
Reading, PA 19605

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $206.85 |
|---|---|---|---|

Mariano Press
14 Veronica Ave
Somerset, NJ 08873

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $151.20 |
|---|---|---|---|

Marjet Enterprises, Inc.
4433 Renaissance Parkway
Warrensville Heights, OH 44128

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Video Corporation of America | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.115** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,032.21

Marshall Electronics, Inc.
20608 Madrona Ave.
Torrance, CA 90503

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,162.50

MAXON Computer, Inc.
2640 Lavery Court
Suite A
Newbury Park, CA 91320

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $20,435.00

Mega Services, LLC
1870 The Exchange SE
Suite 200-89
Atlanta, GA 30339

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $31,522.33

Mersive Solstice Perpetual
2399 Blake St.
Suite 150
Denver, CO 80205

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,587.62

Metropolitan Audio Visual Co.
22923 Quicksilver Dr.
Suite 117
Sterling, VA 20166

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $46,745.33

Middle Atlantic Products
300 Fairfield Rd
Fairfield, NJ 07004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $40,795.40

Midtown Video, Inc.
4824 SW 74 Ct.
Miami, FL 33155

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Video Corporation of America | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.122 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $64.60 |
|---|---|---|---|

Milestone AV Technologies
9433 Science Center Dr.
New Hope, MN 55428

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $336.71 |
|---|---|---|---|

Mouser Electronics
1000 N. Main St.
Mansfield, TX 76063

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $87.34 |
|---|---|---|---|

National Dust Control
200 Blackford Avenue
Middlesex, NJ 08846

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $21,978.15 |
|---|---|---|---|

NEC Display Solutions
10850 Gold Center Dr.
Rancho Cordova, CA 95670

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,342.90 |
|---|---|---|---|

Neurilink LLC
623 S. Americana Blvd.
Boise, ID 83702

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $26,945.20 |
|---|---|---|---|

Norstan Communications, Inc.
10050 Crosstown Circle
Suite 600
Eden Prairie, MN 55344

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $289.81 |
|---|---|---|---|

Peerless Industries, Inc.
1980 Hawthorne Ave
Melrose Park, IL 60160

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Video Corporation of America | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.129 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $218,664.25 |
|---|---|---|---|

Pepper Dash Technology
27 Congress St.
Suite 104
Salem, MA 01970

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,332.81 |
|---|---|---|---|

Picture Pefect Landscaping
1945 Old Amwell Rd.
Somerset, NJ 08873

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,244.00 |
|---|---|---|---|

Polycom, Inc.
4750 Willow Rd.
Pleasanton, CA 94588

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,954.89 |
|---|---|---|---|

Premier Mounts
2620 Palisades Dr.
Corona, CA 92882

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $895.50 |
|---|---|---|---|

Promax Systems
2850 S. Fairview St.
Santa Ana, CA 92704

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $733.40 |
|---|---|---|---|

Provantage LLC
7576 Freedom Ave NW
North Canton, OH 44720

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,767.27 |
|---|---|---|---|

QSC Audio Products
1675 McArthur Blvd.
Costa Mesa, CA 92626

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Video Corporation of America | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,074.00 |
|---|---|---|---|

Radiant Technology Group
7730 North Central Drive
Lewis Center, OH 43035

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Business Debt

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.137 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,796.60 |
|---|---|---|---|

Radio Design Labs
659 N. 6th St.
Prescott, AZ 86301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Business Debt

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,659.71 |
|---|---|---|---|

RCI Custom Products
801 North East St.
Suite 2A
Frederick, MD 21701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Business Debt

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $15,579.20 |
|---|---|---|---|

REMX
PO Box 102332
Atlanta, GA 30368-2332

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Business Debt

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $16,519.12 |
|---|---|---|---|

Robotech CAD Solutions
2 Marineview Plaza
Hoboken, NJ 08030

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Business Debt

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.141 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,850.00 |
|---|---|---|---|

Rose Brand
4 Emerson Lane
Secaucus, NJ 07094

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Business Debt

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.142 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $660.00 |
|---|---|---|---|

RPM AVS
300 Adam Jenkins Memoria Dr.
Suite #1
Canton, GA 30115

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Business Debt

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Video Corporation of America | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,129.28 |
|---|---|---|---|
| | Sachtler<br>14 Progress Drive<br>Shelton, CT 06484 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:**  Business Debt | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $24,764.14 |
|---|---|---|---|
| | Safway Atlantic<br>700 Commercial  Ave.<br>Carlstadt, NJ 07072 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:**  Business Debt | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $14,414.40 |
|---|---|---|---|
| | Security Search & Consulting<br>370 N. Westlake Blvd.<br>Suite 200<br>Westlake, CA 91362 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:**  Business Debt | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $14,760.14 |
|---|---|---|---|
| | Sennheiser<br>One Enterprise Drive<br>PO Box 987<br>Old Lyme, CT 06371 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:**  Business Debt | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $210.00 |
|---|---|---|---|
| | SF Cable, Inc.<br>28300 Industrial Blvd.<br>Suite F-G<br>Hayward, CA 94545 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:**  Business Debt | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $226,378.53 |
|---|---|---|---|
| | Shoreview Distribution<br>69 Elm St<br>Foxboro, MA 02035 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:**  Business Debt | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $94,890.32 |
|---|---|---|---|
| | Shure<br>PO Box 99265<br>Chicago, IL 60693-9265 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:**  Business Debt | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | Video Corporation of America | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.150 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,591.95 |
|---|---|---|---|

Sonance
991 Calle Amanecer
San Clemente, CA 92673

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.151 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $23,862.34 |
|---|---|---|---|

Sonic Foundry
222 W. Washington Ave.
Suite 775
Madison, WI 53703

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.152 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $50,657.24 |
|---|---|---|---|

Sound Control Technologies
22 South Smith St.
Norwalk, CT 06855

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.153 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,576.52 |
|---|---|---|---|

Soundolier
1859 Intertech Drive
Fenton, MO 63026

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.154 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $16,937.67 |
|---|---|---|---|

Spectal Logic Corporation
6285 Lookout Rd.
Boulder, CO 80301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.155 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $13,903.00 |
|---|---|---|---|

Star Lo Communications
32 South Jefferson Rd
Whippany, NJ 07981

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.156 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,045.50 |
|---|---|---|---|

Starin
Dept. 78746
PO Box 78000
Detroit, MI 48278-0746

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    Video Corporation of America
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.157 | **Nonpriority creditor's name and mailing address**<br>starleaf<br>2105 S. Bascom Ave.<br>Suite 160<br>Campbell, CA 95008 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,611.20 |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.158 | **Nonpriority creditor's name and mailing address**<br>Stewart Buisness Systems<br>PO Box 789621<br>Philadelphia, PA 19178-9621 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $556.89 |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.159 | **Nonpriority creditor's name and mailing address**<br>Stewart Filmscreen Corp.<br>1161 W. Sepulveda Blvd.<br>Torrance, CA 90502 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,490.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.160 | **Nonpriority creditor's name and mailing address**<br>StorageDNA, Inc.<br>19900 MacArthur Blvd.<br>Suite 1190<br>Irvine, CA 92614 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,519.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.161 | **Nonpriority creditor's name and mailing address**<br>Striano Electric<br>246 Park Ave.<br>New Hyde Park, NY 11040 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,280.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.162 | **Nonpriority creditor's name and mailing address**<br>Superior Office Systems<br>19 Gross Ave<br>Edison, NJ 08837 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $489.42 |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.163 | **Nonpriority creditor's name and mailing address**<br>Sweetwater Sound, Inc.<br>5501 US Highway 30W<br>Fort Wayne, IN 46818 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $288.80 |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Video Corporation of America | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.164** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,978.33**

Symetrix
6408 216th Street SW
Mountlake Terrace, WA 98043

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.165** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$279,109.83**

Synnex Corporation
414 Stokes Rd
Suite 203
Medford, NJ 08055

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.166** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$56,002.81**

T2 Supply
11170 Thompson Ave
Lenexa, KS 66219

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.167** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$29,102.86**

Tech Data Corporation
5350 Tech Data Drive
Clearwater, FL 33760

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.168** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,256.17**

Technical Necessities (TECNEC)
812 Kings Highway
Box 397
Saugerties, NY 12477

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.169** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$73,183.00**

Teksystems, Inc.
PO Box 198568
Atlanta, GA 30384-8568

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.170** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,500.00**

The DAK Group, Ltd.
195 Route 17 South
Rochelle Park, NJ 07662

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Video Corporation of America | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.171 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,425.00 |
|---|---|---|---|
| | The Whitlock Group | ☐ Contingent | |
| | 12820 West Creek Parkway | ☐ Unliquidated | |
| | Suite M | ☐ Disputed | |
| | Richmond, VA 23238 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.172 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,512.00 |
|---|---|---|---|
| | Thinlabs, Inc. | ☐ Contingent | |
| | 225 Lincoln Hwy. | ☐ Unliquidated | |
| | Suite 178 | ☐ Disputed | |
| | Fairless Hills, PA 19030 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.173 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,951.72 |
|---|---|---|---|
| | Tightrope Media Systems | ☐ Contingent | |
| | 430 N. 1st Ave. | ☐ Unliquidated | |
| | Suite 400 | ☐ Disputed | |
| | Minneapolis, MN 55401 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.174 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $594.40 |
|---|---|---|---|
| | TOA Electronics, Inc. | ☐ Contingent | |
| | 1350 Bayshore Highway | ☐ Unliquidated | |
| | Suite 270 | ☐ Disputed | |
| | Burlingame, CA 94010 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.175 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $12,905.70 |
|---|---|---|---|
| | Toner Cable Equipment, Inc. | ☐ Contingent | |
| | 969 Horsham Road | ☐ Unliquidated | |
| | Horsham, PA 19044 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.176 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $12,000.00 |
|---|---|---|---|
| | Tour Masters Productions, Inc. | ☐ Contingent | |
| | One American Way | ☐ Unliquidated | |
| | Spotswood, NJ 08884 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.177 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $995.29 |
|---|---|---|---|
| | Uline | ☐ Contingent | |
| | 12575 Ulline Drive | ☐ Unliquidated | |
| | Pleasant Prairie, WI 53158 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Video Corporation of America | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.178** | **Nonpriority creditor's name and mailing address**
United Parcel Service
PO Box 7247-0244
Philadelphia, PA 19170-0001

**Date(s) debt was incurred** _

**Last 4 digits of account number** _5444_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

$8.43

---

**3.179** | **Nonpriority creditor's name and mailing address**
UPS
PO Box 7247-0244
Philadelphia, PA 19170

**Date(s) debt was incurred** _

**Last 4 digits of account number** _E502_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

$228.28

---

**3.180** | **Nonpriority creditor's name and mailing address**
Velosio
1460 Rt. 9 No.
Suite 307
Woodbridge, NJ 07095

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

$175.00

---

**3.181** | **Nonpriority creditor's name and mailing address**
Verizon
PO Box 4833
Trenton, NJ 08650-4833

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Utility Bills_

Is the claim subject to offset? ■ No ☐ Yes

$2,545.57

---

**3.182** | **Nonpriority creditor's name and mailing address**
Videxio
11951 Freedom Dr.
Reston, VA 20190

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

$790.00

---

**3.183** | **Nonpriority creditor's name and mailing address**
Vision Electric Inc.
1400 E. Main St.
Torrington, CT 06790

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

$1,950.00

---

**3.184** | **Nonpriority creditor's name and mailing address**
VISIX, Inc.
230 Scientific Dr.
Suite 800
Norcross, GA 30092

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

$6,982.62

---

| Debtor | Video Corporation of America | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.185**

**Nonpriority creditor's name and mailing address**

Vistage Worldwide, Inc.
11452 El Camino Real
Suite 400
San Diego, CA 92130

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$4,560.00

---

**3.186**

**Nonpriority creditor's name and mailing address**

Vitec Video Innovations
2200 Century Parkway NE
Suite 900
Atlanta, GA 30345-3150

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$1,755.00

---

**3.187**

**Nonpriority creditor's name and mailing address**

Vitec Videocom, Inc.
14 Progress Drive
Shelton, CT 06484

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$57.66

---

**3.188**

**Nonpriority creditor's name and mailing address**

VSO Marketing, LLC
16 Passaic Ave.
Unit 6
Fairfield, NJ 07004

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$14,061.11

---

**3.189**

**Nonpriority creditor's name and mailing address**

W.B. Mason Company
PO Box 111
59 Centre St
Brockton, MA 02303

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$4,108.08

---

**3.190**

**Nonpriority creditor's name and mailing address**

Water Logic USA, Inc.
PO Box 676002
Dallas, TX 75267-6002

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$84.00

---

**3.191**

**Nonpriority creditor's name and mailing address**

Wells Fargo Bank
99 Wood AVe., 3rd Fl.
Iselin, NJ 08830

**Date(s) debt was incurred** _

**Last 4 digits of account number**  4775

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Credit Card

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | Video Corporation of America | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.192** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

Wells Fargo Bank
99 Wood AVe., 3rd Fl.
Iselin, NJ 08830

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _4684_

**Basis for the claim:** _Business Credit Card_

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.193** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$103.18**

Whirlwind Music Dist., Inc.
99 Ling Road
Rochester, NY 14612

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.194** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,250.37**

Wohler Technologies, Inc.
31055 Huntwood Ave.
Hayward, CA 94544

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.195** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,174.00**

WolfVision USA Est., Inc.
2055 Sugarloaf Circle
Suite 125
Duluth, GA 30097

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.196** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$137.19**

Xantech Corporation
13100 Telfair Ave
2nd Fl.
Sylmar, CA 91342

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.197** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$991.47**

XYZ Marketing, Inc.
2400 E. Main St.
Suite 103
Saint Charles, IL 60174

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.198** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,639.35**

Yamaha Corporation of America
6600 Orangethorpe Ave.
Buena Park, CA 90620

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Video Corporation of America | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $86,502.00 |

Z-Band, Inc.
848B North Hanover St.
Carlisle, PA 17013

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | American Express<br>Customer Service<br>P.O. Box 981535<br>El Paso, TX 79998-1535 | Line  3.14<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Asset Collections, Inc.<br>10505 SW Barbur Blvd.<br>Suite 301<br>Portland, OR 97219 | Line  3.74<br>☐ Not listed. Explain ____ | 0466 |
| 4.3 | NY State Sales Tax<br>575 Boices Lane<br>Kingston, NY 12401 | Line  2.1<br>☐ Not listed. Explain ____ | _ |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 56,731.13 |
| 5b. Total claims from Part 2 | 5b. + | $ 7,005,206.93 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 7,061,938.06 |

**Fill in this information to identify the case:**

Debtor name        Video Corporation of America

United States Bankruptcy Court for the:        DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest | |
|          State the term remaining | |
|       List the contract number of any government contract _____ | SEE ATTACHED RIDER |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# RIDER TO SCHEDULE G

# EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Case 20-11768-CMG Doc 1 Filed 02/03/20 Entered 02/03/20 08:46:27 Desc Document Page 57 of 101

| Description of Lease/Contract | Customer Name | Address 1 | Address 2 | City | State | Zip | Date Lease/Contract Expires |
|---|---|---|---|---|---|---|---|
| 7 Penn Plaza, Suite 550, New York, NY 10001 | 370 Seventh Avenue Associates, LLC | 7 Penn Plaza | | New York | NY | 10001 | Feburary 28, 2021 |
| 8F Veronica Ave., Somerset, NJ 08873 | ARANY LLC | 8 Veronica Ave | | Somerset | NJ | 08873 | May 31, 2020 |
| 8E Veronica Ave., Somerset, NJ 08873 | ARANY LLC | 8 Veronica Ave | | Somerset | NJ | 08873 | May 31, 2020 |
| 7 Veronica Ave, Somerset, NJ 08873 | Albert Berlin, A&D Realty | 8 Grouse Rd. | | Warren | NJ | 07059 | Dec. 31, 2019 |
| Service Contract | DAVIDSON KEMPNER CAPITAL MANAGEMENT | 520 MADISON AVENUE | 30TH FLOOR | NEW YORK | NY | 10022 | 11/5/2019 |
| Service Contract | DARIEN PUBLIC LIBRARY | 1441 POST ROAD | | DARIEN | CT | 06820 | 11/12/2019 |
| Service Contract | AVALON TELEVISION INC | 241 37th Street | 5th Floor, Unit B | Brooklyn | NY | 11232 | 11/14/2019 |
| Service Contract | FIDESSA CORPORATION | 70 HUDSON ST. | | JERSEY CITY | NJ | 07302 | 11/14/2019 |
| Service Contract | PROSKAUER ROSE, LLP | ELEVEN TIMES SQUARE | | NEW YORK | NY | 10036 | 11/28/2019 |
| Service Contract | APOLLO MANAGEMENT LP | 9 WEST 57TH STREET | 43RD FLOOR | NEW YORK | NY | 10019 | 11/28/2019 |
| Service Contract | MARKETAXESS HOLDINGS INC. | 55 HUDSON YARDS | | NEW YORK | NY | 10001 | 11/28/2019 |
| Service Contract | FORD FOUNDATION | 320 EAST 43RD STREET | | NEW YORK | NY | 10017 | 12/1/2020 |
| Service Contract | WARNER MEDIA | 30 HUDSON YARDS | 500 WEST 33RD STREET | NEW YORK | NY | 10001 | 11/30/2022 |
| Service Contract | BT AMERICA / BT GLOBAL | 11440 COMMERCE PARK DRIVE | | RESTON | VA | 20191 | 1/1/2020 |
| Service Contract | ALLIANCE BERNSTEIN L.P | 1345 AVENUE OF THE AMERICAS | 2ND FLOOR | NEW YORK | NY | 10105 | 1/1/2020 |
| Service Contract | EAST BRUNSWICK TOWNSHIP | P.O. BOX 1081 | | EAST BRUNSWICK | NJ | 08816 | 1/2/2020 |
| Service Contract | PRINCETON PUBLIC LIBRARY | 65 WITHERSPOON STREET | | PRINCETON | NJ | 08542 | 1/2/2020 |
| Service Contract | HACHETTE BOOK GROUP | 1290 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10104 | 1/28/2020 |
| Service Contract | INGREDION INCORPORATED | 10 FINDERNE AVENUE | | BRIDGEWATER | NJ | 08807 | 2/5/2020 |
| Service Contract | MEDIA-ASSEMBLY | 711 3RD AVENUE | | NEW YORK | NY | 10017 | 2/13/2020 |
| Service Contract | UNIVERSITY OF PENNSYLVANIA | 3451 WALNUT STREET | RM 440 - FRANKLIN BUILDI | PHILADELPHIA | PA | 19104-6281 | 2/21/2020 |
| Service Contract | UNIVERSITY OF PENNSYLVANIA | 3451 WALNUT STREET | RM 440 - FRANKLIN BUILDI | PHILADELPHIA | PA | 19104-6281 | 2/21/2020 |
| Service Contract | Heineken USA | 360 Hamilton Ave. | 12th Floor | White Plains | NY | 10601 | 2/28/2020 |
| Service Contract | GEMOLOGICAL INSTITUTE OF AMERICA, INC | 53 WEST 46TH STREET | 4TH FL | NEW YORK | NY | 10036 | 3/8/2020 |
| Service Contract | PASSAIC VALLEY SEWERAGE COMM. | 600 WILSON AVENUE | | NEWARK | NJ | 07105 | 3/26/2020 |
| Service Contract | UNIVERSITY OF PENNSYLVANIA | 3451 WALNUT STREET | RM 440 - FRANKLIN BUILDI | PHILADELPHIA | PA | 19104-6281 | 4/11/2020 |
| Service Contract | CUNY CENTRAL OFFICE | 205 EAST 42ND STREET | ROOM 0904 | NEW YORK | NY | 10017-5706 | 4/16/2020 |
| Service Contract | CIBC WORLD MARKETS CORP. | 425 LEXINGTON AVENUE | | NEW YORK | NY | 10017 | 4/18/2020 |
| Service Contract | INTERNATIONAL SOS | 111 TOWN SQUARE PLACE | 4TH FL SUITE 415 | JERSEY CITY | NJ | 07310 | 4/18/2020 |
| Service Contract | EPIC MANAGEMENT, INC | 136  11TH STREET | | PISCATAWAY | NJ | 08854 | 4/18/2020 |
| Service Contract | Stifel Financial Corp | 787 7th Avenue | | New York | NY | 10019 | 4/26/2020 |
| Service Contract | NORDEA BANK FINLAND PLC., NY BRANCH | 1211 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020 | 4/30/2020 |
| Service Contract | WELLS FARGO CORPORATE PROPERTIES GROUP | 461 From Road | | Paramus | NJ | 07652 | 5/1/2020 |
| Service Contract | Middlesex Shooting Range | Roosevelt Park | 1 Pine Drive | Edison | NJ | 08837 | 5/6/2020 |
| Service Contract | WELLS FARGO CORPORATE PROPERTIES GROUP | 461 From Road | | Paramus | NJ | 07652 | 5/7/2020 |
| Service Contract | RUTGERS(DIGITAL CLASSROOM SERVICES | 65 DAVIDSON RD | ROOM 302 | PISCATAWAY | NJ | 08854 | 5/21/2020 |
| Service Contract | ERMENEGILDO ZEGNA CORPORATION | 100 WEST FOREST AVENUE | UNIT A | ENGLEWOOD | NJ | 07631-4033 | 5/21/2020 |
| Service Contract | UNIVERSITY OF PENNSYLVANIA | 3451 WALNUT STREET | RM 440 - FRANKLIN BUILDI | PHILADELPHIA | PA | 19104-6281 | 6/12/2020 |
| Service Contract | NEW YORK STOCK EXCHANGE,INC. | 20 BROAD STREET | 9TH FLOOR | NEW YORK | NY | 10005 | 6/24/2020 |
| Service Contract | PRINCETON THEOLOGICAL SEMINARY | 64 MERCER STREET | TEMPLETON HALL | PRINCETON | NJ | 08542 | 7/1/2020 |
| Service Contract | CHURCH PENSION GROUP SERVICES CORPORATION | 19 EAST 34TH STREET | | NEW YORK | NY | 10016 | 7/17/2020 |
| Service Contract | Heineken USA | 360 Hamilton Ave. | 12th Floor | White Plains | NY | 10601 | 7/17/2020 |
| Service Contract | CERTARA USA, INC. | 100 OVERLOOK CENTER | SUITE 100 | PRINCETON | NJ | 08540 | 7/17/2020 |
| Service Contract | TRUSTEES OF NEWARK ACADEMY | 91 SOUTH ORANGE AVE | | LIVINGSTON | NJ | 07039 | 7/17/2020 |
| Service Contract | RUTGERS-THE STATE UNIVERSITY | 65 DAVIDSON ROAD | ROOM 302 | PISCATAWAY | NJ | 08854-5602 | 7/18/2020 |
| Service Contract | RUTGERS-THE STATE UNIVERSITY | 65 DAVIDSON ROAD | ROOM 302 | PISCATAWAY | NJ | 08854-5602 | 7/24/2020 |
| Service Contract | WELLS FARGO CORPORATE PROPERTIES GROUP | 461 From Road | | Paramus | NJ | 07652 | 7/29/2020 |
| Service Contract | UNIVERSITY OF PENNSYLVANIA | 3451 WALNUT STREET | RM 440 - FRANKLIN BUILDI | PHILADELPHIA | PA | 19104-6281 | 7/29/2020 |
| Service Contract | ATLANTIC HEALTH | LIBERTY SCIENCE CENTER SVC CONTR | 99 BEAUVIOR AVENUE | SUMMIT | NJ | 07901 | 7/31/2020 |
| Service Contract | RUTGERS-THE STATE UNIVERSITY | 65 DAVIDSON ROAD | ROOM 302 | PISCATAWAY | NJ | 08854-5602 | 8/13/2020 |
| Service Contract | MUNICH REINSURANCE AMERICA, INC. | 555 COLLEGE ROAD EAST | | PRINCETON | NJ | 08543 | 8/13/2020 |
| Service Contract | INTERNATIONAL SOS | 111 TOWN SQUARE PLACE | 4TH FL SUITE 415 | JERSEY CITY | NJ | 07310 | 8/20/2020 |
| Service Contract | S.T Rud Construction Corp | ONE BRYANT PARK | | NEW YORK | NY | 10036 | 8/28/2020 |
| Service Contract | NYU LAW/INFORMATION TECHNOLOGY | 726 BROADWAY | 9TH FLOOR | NEW YORK | NY | 10003-9580 | 8/28/2020 |
| Service Contract | ARKADIN - US | 437 MADISON AVE | 27TH FL | NEW YORK | NY | 10022 | 8/29/2020 |
| Service Contract | UNIVERSITY OF PENNSYLVANIA | 3451 WALNUT STREET | RM 440 - FRANKLIN BUILDI | PHILADELPHIA | PA | 19104-6281 | 9/23/2020 |
| Service Contract | UNIVERSITY OF PENNSYLVANIA | 3451 WALNUT STREET | RM 440 - FRANKLIN BUILDI | PHILADELPHIA | PA | 19104-6281 | 9/23/2020 |
| Service Contract | UNIVERSITY OF PENNSYLVANIA | 3451 WALNUT STREET | RM 440 - FRANKLIN BUILDI | PHILADELPHIA | PA | 19104-6281 | 9/23/2020 |
| Service Contract | UNIVERSITY OF PENNSYLVANIA | 3451 WALNUT STREET | RM 440 - FRANKLIN BUILDI | PHILADELPHIA | PA | 19104-6281 | 9/23/2020 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Service Contract | UNIVERSITY OF PENNSYLVANIA | 3451 WALNUT STREET | RM 440 - FRANKLIN BUILDI | PHILADELPHIA | PA | 19104-6281 | 9/23/2020 |
| Service Contract | PRUDENTIAL FINANCIAL | 213 WASHINGTON STREET | 6TH FLOOR | NEWARK | NJ | 07102 | 9/23/2020 |
| Service Contract | WELLS FARGO CORPORATE PROPERTIES GROUP | 190 RIVER ROAD | | SUMMIT | NJ | 07901 | 9/27/2020 |
| Service Contract | WELLS FARGO CORPORATE PROPERTIES GROUP | 190 RIVER ROAD | | SUMMIT | NJ | 07901 | 9/27/2020 |
| Service Contract | WELLS FARGO CORPORATE PROPERTIES GROUP | 190 RIVER ROAD | | SUMMIT | NJ | 07901 | 9/27/2020 |
| Service Contract | CITCO (USA) HOLDINGS INC. | 5900 N ANDEREWS AVE STE 700 | | FORT LAUDERDALE | FL | 33309 | 9/29/2020 |
| Service Contract | KEAN UNIVERSITY | 1000 MORRIS AVE | | UNION | NJ | 07083 | 9/30/2020 |
| Service Contract | NEWGRANGE CONSTRUCTION COMPANY | 104 EAST 25TH STREET | | NEW YORK | NY | 10010 | 9/30/2020 |
| Service Contract | WACHTELL, LIPTON, ROSEN & KATZ | 51 WEST 52ND STREET | 28TH FLOOR | NEW YORK | NY | 10019 | 10/7/2020 |
| Service Contract | JOHNSON & JOHNSON SERVICES | 1 JOHNSON & JOHNSON PLAZA | | NEW BRUNSWICK | NJ | 08933 | 11/15/2020 |
| Service Contract | TEMPLE SHAARAY TEFILA | 250 EAST 79TH STREET | | NEW YORK | NY | 10075 | 11/28/2020 |
| Service Contract | INDEX EXCHANGE | 20 W 22ND ST STE 1101 | ST STE 501 | NEW YORK | NY | 10010 | 11/30/2020 |
| Service Contract | SKANSKA NY | EMPIRE STATE BUILDING | 350 FIFTH AVENUE 32ND F | NEW YORK | NY | 10118 | 12/4/2020 |
| Service Contract | NEW YORK GIANTS FOOTBALL GIANTS | 1925 GIANTS DRIVE | | EAST RUTHERFORD | NJ | 07073 | 3/28/2021 |
| Service Contract | DIMENSION DATA NORTH AMERICA INC. | 499 THORNALL STREET | 3RD FLOOR | EDISON | NJ | 08837 | 4/30/2021 |
| Service Contract | Whitney Museum of American Art | 99 Gansevoort Street | | New York | NY | 10014 | 4/30/2021 |
| Service Contract | UNIVERSITY OF PENNSYLVANIA HEALTH SYSTEM | 3400 CIVIC CENTER BLVD | JMED BLDG 421 | PHILADELPHIA | PA | 19104 | 10/9/2021 |
| Service Contract | JP MORGAN CHASE & CO CHASE TV | 277 PARK AVENUE | 2nd FLOOR | NEW YORK | NY | 10172 | 11/14/2021 |
| Service Contract | JP MORGAN CHASE & CO CHASE TV | 277 PARK AVENUE | 2nd FLOOR | NEW YORK | NY | 10172 | 11/15/2021 |
| Service Contract | INTERACTIVE CORPORATION - IAC | 555 WEST 18TH STREET | | NEW YORK | NY | 10011 | 4/10/2029 |

| Fill in this information to identify the case: |
|---|

Debtor name    Video Corporation of America

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**       *Column 2:* **Creditor**

| | Name | Mailing Address | Name | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.1 | Al Berlin | 8 Grouse Rd<br>Warren, NJ 07059 | Wells Fargo Bank, N.A. | ■ D   2.1<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Dave Berlin | 13 Stoningham Dr<br>Warren, NJ 07059 | Wells Fargo Bank, N.A. | ■ D   2.1<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name      Video Corporation of America

United States Bankruptcy Court for the:      DISTRICT OF NEW JERSEY

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:      Income**

1.   **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date: From  1/01/2020 to Filing Date | ☐ Operating a business ■ Other   Gross Revenue | $1,791,405.37 |
| For prior year: From  1/01/2019 to 12/31/2019 | ☐ Operating a business ■ Other   Gross Revenue | $44,651,330.00 |
| For year before that: From  1/01/2018 to 12/31/2018 | ☐ Operating a business ■ Other   Gross Revenue | $50,333,367.00 |

2.   **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:      List Certain Transfers Made Before Filing for Bankruptcy**

3.   **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

| Debtor | Video Corporation of America | | | Case number *(if known)* | |
|---|---|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.    SEE ATTACHED RIDER | | $11,403,083.82 | ■ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |

---

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    SEE ATTACHED RIDER | | $808,839.89 | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:**    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

| Debtor | Video Corporation of America | | Case number *(if known)* | |

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss <br><br> If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. <br><br> List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? <br> Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | WASSERMAN, JURISTA & STOLZ, P.C. <br> 110 Allen Road <br> Suite 304 <br> Basking Ridge, NJ 07920 | Attorney Fees and filing fee | 1/29/2020 | $50,000.00 |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? <br> Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | Video Corporation of America | Case number *(if known)* | |
|--------|------------------------------|--------------------------|--|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---------|----------------------------|
| 14.1. | 8E Veronica Ave. Somerset, NJ 08873 | storage units thru 4/31/20 |
| 14.2. | 7 Penn Plaza Suite 550 New York, NY 10001 | NY office thru 2/28/21 |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|-------------------------------------------------------------------------------|----------------------------------------------------------------------------|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below.

| Name of plan | Employer identification number of the plan |
|--------------|---------------------------------------------|
| Lincoln Financial | EIN:  193AA |

Has the plan been terminated?
■ No
☐ Yes

☐ No Go to Part 10.
■ Yes. Fill in below.

| Name of plan | Employer identification number of the plan |
|--------------|---------------------------------------------|
| Lincoln Financial | EIN:  192AA |

Has the plan been terminated?
■ No
☐ Yes

☐ No Go to Part 10.
■ Yes. Fill in below:

| Debtor | Video Corporation of America | Case number *(if known)* | |

| Name of plan | Employer identification number of the plan |
|---|---|
| Voya Financial Plan | EIN: 816192 |

Has the plan been terminated?
☐ No
■ Yes

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| ADP Retirement Center | EIN: 470258 |

Has the plan been terminated?
☐ No
■ Yes

---

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | PNC Bank<br>One Financial Parkway<br>Kalamazoo, MI 49009 | XXXX-9059 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 10/31/19 | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| Millington Savings Bank<br>1924 Washington Valley Rd<br>Martinsville, NJ 08836 | Debtor | empty, will be closed on 2/2/20 | ☐ No<br>■ Yes |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Video Corporation of America | Case number *(if known)* | |

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|

| Debtor | Video Corporation of America | Case number *(if known)* | |
|--------|------------------------------|--------------------------|--|

| Name and address | Date of service<br>From-To |
|------------------|-----------------------------|
| 26a.1. | Pat Balestrieri<br>7 Veronica Ave<br>Somerset, NJ 08873 | 2018-2020 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|------------------|-------------------------------------------------------------------|
| 26c.1. | Tucker Fornale & Associates, LLC<br>100 Morris Ave., Suite 205<br>Springfield, NJ 07081 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|------------------|
| 26d.1. | Avid Technology<br>280 No. Bernardo Ave<br>Mountain View, CA 94043 |
| 26d.2. | Crestron Electronics, Inc.<br>101 Broadway<br>Cresskill, NJ 07626 |
| 26d.3. | Anixter<br>PO Box 847428<br>Dallas, TX 75284-7428 |
| 26d.4. | Ingram Micro<br>1759 Wehrie Drive<br>Williamsville, NY 14221 |
| 26d.5. | Extron Electronics<br>1025 E. Ball Road<br>Anaheim, CA 92805 |
| 26d.6. | ADI<br>107 Corporate Blvd.<br>Suites E & F<br>South Plainfield, NJ 07080 |
| 26d.7. | Wells Fargo<br>PO Box 6434<br>Carol Stream, IL 60197-6434 |
| 26d.8. | Pat Balestrieri<br>7 Veronica Ave<br>Somerset, NJ 08875-5480 |
| 26d.9. | ScanSource<br>6 Logue Ct.<br>Greenville, SC 29615 |

| Debtor | Video Corporation of America | Case number *(if known)* | |
|---|---|---|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Albert Berlin | 8 Grouse Road Warren, NJ 07059 | Officer | 14.22% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David Berlin | 13 Stoningham Dr. Warren, NJ 07059 | Officer | 9.05% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dolores Berlin | 8 Grouse Road Warren, NJ 07059 | Treasurer | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Albert J Berlin and Dolores Berlin | Irrevocable Trust I 8 Grouse Rd Warren, NJ 07059 | ownership | 76.50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Herman & Joan Schwartz | | Ownership | .25% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No

☐ Yes. Identify below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    Video Corporation of America                                    Case number *(if known)*

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor    Video Corporation of America                                    Case number *(if known)*

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February  3, 2020

/s/ David Berlin                                          David Berlin
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# RIDER TO SOFA #3

Case 20-11770-CMG Doc 1 Filed 02/03/20 Page 71 of 101 Entered 02/03/20 08:46:27 Desc M

| Vendor Name | PayDate | Original Document | Colum | Remittance Address 1 | Remittance Add | Remittance City | | Remittance Zip Code |
|---|---|---|---|---|---|---|---|---|
| DANA L. CAULFIELD | 1/18/2020 | $6,569.95 | | 109 SOUTHWOOD DRIVE | | OLD BRIDGE | NJ | 08857 |
| GRAYBAR ELECTRIC CO. | 1/1/1900 | $6,711.85 | | PO BOX 414396 | | BOSTON | MA | 02241-4396 |
| GRAYBAR ELECTRIC CO. | 12/4/2019 | $6,711.85 | | PO BOX 414396 | | BOSTON | MA | 02241-4396 |
| B+H PHOTO, INC. | 11/19/2019 | $6,749.36 | | 420 NINTH AVE. | | NEW YORK | NY | 10001 |
| AMAZON.COM | 11/19/2019 | $6,749.36 | | PO Box 9020 | | Des Moines | IA | 50368 |
| Integr8 Audiovisual | 11/29/2019 | $6,912.00 | | 171 E Lake Drive | | Roswell | GA | 30075 |
| Neurilink LLC | 10/30/2019 | $6,963.05 | | 623 S. AMERICANA BLVD | | BOISE | ID | 83702 |
| SYNNEX CORPORATION | 11/15/2019 | $7,021.24 | | PO BOX 406748 | | ATLANTA | GA | 30384-6748 |
| AMERICAN MUSIC & SOUND | 1/1/1900 | $7,159.21 | | DEPT. CH 19849 | | PALATINE | IL | 60055-9849 |
| Ingram Micro | 11/16/2019 | $7,488.48 | | P.O. BOX 90350 | | CHICAGO | IL | 60696-0350 |
| BROADFIELD DISTRIBUTION | 11/26/2019 | $7,496.25 | | 179 Liberty Ave | | Mineola | NY | 11501 |
| SYNNEX CORPORATION | 12/2/2019 | $7,745.66 | | PO BOX 406748 | | ATLANTA | GA | 30384-6748 |
| SHURE | 11/6/2019 | $7,781.45 | | PO BOX 99265 | | CHICAGO | IL | 60693-9265 |
| AVI Systems | 1/1/1900 | $7,825.00 | | NW 8393 | P.O Box 1450 | Minneapolis | MN | 55485-8393 |
| AVI Systems | 12/12/2019 | $7,825.00 | | NW 8393 | P.O Box 1450 | Minneapolis | MN | 55485-8393 |
| SHURE | 10/20/2019 | $7,875.50 | | PO BOX 99265 | | CHICAGO | IL | 60693-9265 |
| ROBOTECH CAD SOLUTIONS | 11/3/2019 | $7,895.00 | | 2 MARINEVIEW PLAZA | | HOBOKEN | NJ | 07030 |
| Bay Tech Design Group | 11/6/2019 | $8,000.00 | | 123 Freedom Hills Dr. | | Barnegat | NJ | 08005 |
| Synergy Productions LLC | 10/25/2019 | $8,000.00 | | 125 BAILEYS MILL ROAD | | MORRISTOWN | NJ | 07960 |
| Herman Integration Services | 11/29/2019 | $8,056.00 | | 10110 USA TODAY WAY | | MIRAMAR | FL | 33025 |
| SHOREVIEW DISTRIBUTION | 11/30/2019 | $8,275.00 | | 69 Elm Street | | Foxboro | MA | 02035 |
| DELL ACCOUNT | 11/11/2019 | $8,384.74 | | PO BOX 643561 | | PITTSBURGH | PA | 15264-3561 |
| GENELEC INC. | 1/1/1900 | $8,433.24 | | PO Box 4110 | | Woburn | MA | 01888-4110 |
| CABLEVISION LIGHTPATH | 12/13/2019 | $8,475.88 | | PO BOX 360111 | | PITTSBURGH | PA | 15251-6111 |
| Phoenix Management Services, LLC | 1/1/2020 | $8,775.00 | | | | | | |
| BARCO INC. | 11/29/2019 | $8,900.00 | | P.O BOX 930426 | | ATLANTA | GA | 31193 |
| T2 SUPPLY | 12/5/2019 | $9,183.92 | | 24263 Network Place | | Chicago | IL | 60673-1242 |
| SYNNEX CORPORATION | 1/14/2020 | $9,188.00 | | PO BOX 406748 | | ATLANTA | GA | 30384-6748 |
| SYNNEX CORPORATION | 11/6/2019 | $9,189.30 | | PO BOX 406748 | | ATLANTA | GA | 30384-6748 |
| CRESTRON ELECTRONICS, INC. | 11/17/2019 | $9,200.00 | | PO BOX 932917 | | ATLANTA | GA | 31193-2917 |
| CRESTRON ELECTRONICS, INC. | 1/1/1900 | $9,200.00 | | PO BOX 932917 | | ATLANTA | GA | 31193-2917 |
| Ingram Micro | 11/6/2019 | $9,343.42 | | P.O. BOX 90350 | | CHICAGO | IL | 60696-0350 |
| ROBOTECH CAD SOLUTIONS | 1/25/2020 | $9,388.00 | | 2 MARINEVIEW PLAZA | | HOBOKEN | NJ | 07030 |
| SHURE | 12/2/2019 | $9,720.40 | | PO BOX 99265 | | CHICAGO | IL | 60693-9265 |
| A-V Services, Inc. | 1/1/1900 | $9,844.09 | | 99 Fairfield Rd | | Fairfield | NJ | 07004 |
| A-V Services, Inc. | 12/5/2019 | $9,844.09 | | 99 Fairfield Rd | | Fairfield | NJ | 07004 |
| DELL ACCOUNT | 12/19/2019 | $9,879.13 | | PO BOX 643561 | | PITTSBURGH | PA | 15264-3561 |
| Wasserman, Jurista & Stoltz, P.C. | 11/22/2019 | $10,000.00 | | 225 Millburn Ave.  Suite 207 | PO BOX 1029 | Millburn | NJ | 07041 |
| Phoenix Management Services, LLC | 1/2/2020 | $10,112.50 | | | | | | |
| NEW JERSEY SALES TAX | 11/20/2019 | $10,157.00 | | PO BOX 999 | | TRENTON | NJ | 08646-0999 |
| FORECAST CONSOLES | 12/21/2019 | $10,220.40 | | 681 Old Willets Path | | Hauppauge | NY | 11788 |
| WOHLER TECHNOLOGIES, INC. | 11/30/2019 | $10,250.37 | | 31055 HUNTWOOD AVE | | HAYWARD | CA | 94544 |
| BEACON HILL STAFFING GROUP, LLC | 10/31/2019 | $10,260.00 | | P.O. BOX 846193 | | BOSTON | MA | 02284 |
| FOREST ELECTRIC CORP | 11/23/2019 | $10,320.00 | | 1375 BROADWAY | 7TH FLOOR | NEW YORK | NY | 10018 |
| Phoenix Management Services, LLC | 11/21/2019 | $10,336.20 | | | | | | |
| LIBERTY WIRE & CABLE, INC. | 12/30/2019 | $10,374.00 | | 3453 Solution Center | | CHICAGO | IL | 60677-3004 |
| CRESTRON ELECTRONICS, INC. | 11/30/2019 | $10,400.00 | | PO BOX 932917 | | ATLANTA | GA | 31193-2917 |
| SHURE | 11/20/2019 | $10,450.00 | | PO BOX 99265 | | CHICAGO | IL | 60693-9265 |
| MILESTONE AV TECHNOLOGIES | 11/17/2019 | $10,659.70 | | 15457 COLLECTIONS CENTER DRIVE | | CHICAGO | IL | 60693 |
| MILESTONE AV TECHNOLOGIES | 11/22/2019 | $10,842.10 | | 15457 COLLECTIONS CENTER DRIVE | | CHICAGO | IL | 60693 |
| Coranet | 11/28/2019 | $10,987.36 | | 405 PARK AVENUE | 16TH FLOOR | New York | NY | 10022 |
| Ingram Micro | 11/9/2019 | $11,000.67 | | P.O. BOX 90350 | | CHICAGO | IL | 60696-0350 |
| PEPPER DASH TECHNOLOGY | 10/18/2019 | $11,168.75 | | 27 CONGRESS STREET | SUITE 104 | SALEM | MA | 01970 |

| Name | Date | Amount | Address | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Chase Card Services | 12/10/2019 | $11,339.53 | PO BOX 1423 | | Charlotte | NC | 28201-1423 |
| CRESTRON ELECTRONICS, INC. | 11/29/2019 | $11,760.00 | PO BOX 932917 | | ATLANTA | GA | 31193-2917 |
| Handle With Care Express | 12/6/2019 | $11,900.00 | PO Box 649 | | Bound Brook | NJ | 08805 |
| TOUR MASTERS PRODUCTIONS INC | 11/5/2019 | $12,000.00 | One American Way | | Spotswood | NJ | 08884 |
| Spectra Logic Corporation | 12/15/2019 | $12,426.68 | PO BOX 912332 | | DENVER | CO | 80291-2332 |
| Spectra Logic Corporation | 1/1/1900 | $12,426.68 | PO BOX 912332 | | DENVER | CO | 80291-2332 |
| SHURE | 12/5/2019 | $12,433.60 | PO BOX 99265 | | CHICAGO | IL | 60693-9265 |
| PEPPER DASH TECHNOLOGY | 10/10/2019 | $12,540.00 | 27 CONGRESS STREET | SUITE 104 | SALEM | MA | 01970 |
| CRESTRON ELECTRONICS, INC. | 11/30/2019 | $12,550.00 | PO BOX 932917 | | ATLANTA | GA | 31193-2917 |
| Robert McEvoy | 1/4/2020 | $12,747.01 | | | | | |
| MIDDLE ATLANTIC PRODUCTS | 12/27/2019 | $13,565.12 | 15457 Collections Center Drive | | Chicago | IL | 60693 |
| BEACON HILL STAFFING GROUP, LLC | 12/5/2019 | $13,590.00 | P.O. BOX 846193 | | BOSTON | MA | 02284 |
| ATLANTIS PARTNERS | 11/3/2019 | $13,900.00 | PO BOX 526 | | BOONTON | NJ | 07005 |
| YORK TELECOM CORPORATION | 1/16/2020 | $13,948.56 | 81 Corbett Way | | EATONTOWN | NJ | 07724 |
| EXTRON ELECTRONICS | 11/19/2019 | $14,032.01 | PO BOX 514670 | | LOS ANGELES | CA | 90051-4670 |
| Chase Card Services | 11/12/2019 | $14,497.70 | PO BOX 1423 | | Charlotte | NC | 28201-1423 |
| EXTRON ELECTRONICS | 11/12/2019 | $14,573.17 | PO BOX 514670 | | LOS ANGELES | CA | 90051-4670 |
| T2 SUPPLY | 11/27/2019 | $14,616.60 | 24263 Network Place | | Chicago | IL | 60673-1242 |
| CRESTRON ELECTRONICS, INC. | 11/17/2019 | $14,700.00 | PO BOX 932917 | | ATLANTA | GA | 31193-2917 |
| CRESTRON ELECTRONICS, INC. | 1/1/1900 | $14,700.00 | PO BOX 932917 | | ATLANTA | GA | 31193-2917 |
| SENNHEISER | 10/31/2019 | $14,760.14 | PO BOX 416611 | | BOSTON | MA | 02241-6611 |
| SHURE | 12/5/2019 | $15,196.20 | PO BOX 99265 | | CHICAGO | IL | 60693-9265 |
| T2 SUPPLY | 12/8/2019 | $15,302.20 | 24263 Network Place | | Chicago | IL | 60673-1242 |
| Mersive Solstice Perpetual | 11/3/2019 | $15,328.70 | DEPT CH 10853 | | PALATINE | IL | 60055-0853 |
| RPVisual Solutions | 1/1/1900 | $15,412.50 | 1275 S Lewis St | | Anaheim | CA | 92805 |
| Phoenix Management Services, LLC | 12/18/2019 | $15,587.50 | | | | | |
| Christie Digital | 1/1/1900 | $15,800.00 | 10550 Camden Drive | | Cypress | CA | 90630 |
| Christie Digital | 12/12/2019 | $15,800.00 | 10550 Camden Drive | | Cypress | CA | 90630 |
| Phoenix Management Services, LLC | 11/16/2019 | $15,995.86 | | | | | |
| BEACON HILL STAFFING GROUP, LLC | 10/30/2019 | $16,640.00 | P.O. BOX 846193 | | BOSTON | MA | 02284 |
| MILESTONE AV TECHNOLOGIES | 11/7/2019 | $16,877.45 | 15457 COLLECTIONS CENTER DRIVE | | CHICAGO | | 60693 |
| THE PROFESSIONAL MONITOR COMPANY USA LLC | 1/1/1900 | $16,900.00 | 17922 SKY PARK CIRCLE | SUITE H | IRVINE | CA | 92614 |
| Digital Media Systems Inc. | 11/12/2019 | $16,971.81 | 609 NORTH MACQUESTEN PARKWAY | | MT. NERNON | NY | 10552 |
| Digital Media Systems Inc. | 1/1/1900 | $16,971.81 | 609 NORTH MACQUESTEN PARKWAY | | MT. NERNON | NY | 10552 |
| THE DAK GROUP | 12/7/2019 | $17,000.00 | 195 Route 17 South | | ROCHELLE PARK | NJ | 07662 |
| JVC | 11/11/2019 | $17,056.00 | P.O. Box 50393 | | LOS ANGELES | CA | 90074-0393 |
| Herman Integration Services | 11/30/2019 | $17,320.42 | 10110 USA TODAY WAY | | MIRAMAR | FL | 33025 |
| NEW JERSEY SALES TAX | 12/20/2019 | $17,325.93 | PO BOX 999 | | TRENTON | NJ | 08646-0999 |
| Leon Speakers | 10/15/2019 | $17,529.00 | 715 West Ellsworth Rd | | Ann Arbor | MI | 48108 |
| Phoenix Management Services, LLC | 12/19/2019 | $17,875.00 | | | | | |
| CUSTOM DISPLAY SOLUTIONS | 1/1/1900 | $17,880.00 | 2926 West Pendleton Ave. | | Santa Ana | CA | 92704 |
| CUSTOM DISPLAY SOLUTIONS | 12/12/2019 | $17,880.00 | 2926 West Pendleton Ave. | | Santa Ana | CA | 92704 |
| TOUR MASTERS PRODUCTIONS INC | 10/19/2019 | $18,000.00 | One American Way | | Spotswood | NJ | 08884 |
| CRESTRON ELECTRONICS, INC. | 1/1/1900 | $18,200.00 | PO BOX 932917 | | ATLANTA | GA | 31193-2917 |
| PEPPER DASH TECHNOLOGY | 10/2/2019 | $18,287.75 | 27 CONGRESS STREET | SUITE 104 | SALEM | MA | 01970 |
| SYNNEX CORPORATION | 11/29/2019 | $18,724.52 | PO BOX 406748 | | ATLANTA | GA | 30384-6748 |
| ControlWorks Consulting, LLC | 1/1/1900 | $18,870.00 | 701 Beta Drive # 22 | | Mayfield Village | OH | 44143 |
| ControlWorks Consulting, LLC | 12/13/2019 | $18,870.00 | 701 Beta Drive # 22 | | Mayfield Village | OH | 44143 |
| GALLERY | 1/1/1900 | $18,945.70 | 8 SOMERSET GARDENS/HIGHGATE | HIGHGATE VILLA | LONDON N65EQ | | 09459 |
| GALLERY | 12/12/2019 | $18,945.70 | 8 SOMERSET GARDENS/HIGHGATE | HIGHGATE VILLA | LONDON N65EQ | | 09459 |
| EVOKO UMLIMITED AB | 1/1/1900 | $18,998.50 | P.O. BOX 425 | | SPICELAND | IN | 47385 |
| Chase Card Services | 10/9/2019 | $19,413.62 | PO BOX 1423 | | Charlotte | NC | 28201-1423 |
| ATLANTIS PARTNERS | 11/3/2019 | $20,000.00 | PO BOX 526 | | BOONTON | NJ | 07005 |
| Phoenix Management Services, LLC | 11/3/2019 | $20,000.00 | | | | | |

Case 20-11768-CMG  Doc 1  Filed 02/03/20  Entered 02/03/20 08:46:27  Page 73 of 101  Desc M...

| Name | Date | Amount | Address | | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Wasserman, Jurista & Stoltz, P.C. | 12/27/2019 | $20,000.00 | 225 Millburn Ave.  Suite 207 | PO BOX 1029 | Millburn | NJ | 07041 |
| CUSTOM DISPLAY SOLUTIONS | 1/1/1900 | $20,530.00 | 2926 West Pendleton Ave. | | Santa Ana | CA | 92704 |
| CUSTOM DISPLAY SOLUTIONS | 12/15/2019 | $20,530.00 | 2926 West Pendleton Ave. | | Santa Ana | CA | 92704 |
| AUDIO INCORPORATED | 12/12/2019 | $20,570.00 | 170-172 WEST WESTFIELD AVE | | ROSELLE PARK | NJ | 07204 |
| AUDIO INCORPORATED | 1/1/1900 | $20,570.00 | 170-172 WEST WESTFIELD AVE | | ROSELLE PARK | NJ | 07204 |
| B&G Electric Contractors | 11/8/2019 | $20,766.73 | 7100 New Horizons Blvd | | North Amityville | NY | 11701 |
| SYNNEX CORPORATION | 11/22/2019 | $21,269.50 | PO BOX 406748 | | ATLANTA | GA | 30384-6748 |
| Phoenix Management Services, LLC | 12/11/2019 | $21,858.22 | | | | | |
| DetailED Solutions, LLC | 10/3/2019 | $22,213.51 | 1177 Powder Springs Street | | Marrietta | GA | 30064 |
| Phoenix Management Services, LLC | 12/26/2019 | $23,387.20 | | | | | |
| PEPPER DASH TECHNOLOGY | 10/2/2019 | $23,411.25 | 27 CONGRESS STREET | SUITE 104 | SALEM | MA | 01970 |
| A-V Services, Inc. | 11/27/2019 | $24,560.17 | 99 Fairfield Rd | | Fairfield | NJ | 07004 |
| A-V Services, Inc. | 1/1/1900 | $24,560.17 | 99 Fairfield Rd | | Fairfield | NJ | 07004 |
| EXTRON ELECTRONICS | 11/23/2019 | $24,752.95 | PO BOX 514670 | | LOS ANGELES | CA | 90051-4670 |
| CUSTOM DISPLAY SOLUTIONS | 1/1/1900 | $25,102.00 | 2926 West Pendleton Ave. | | Santa Ana | CA | 92704 |
| CUSTOM DISPLAY SOLUTIONS | 12/15/2019 | $25,102.00 | 2926 West Pendleton Ave. | | Santa Ana | CA | 92704 |
| Robert McEvoy | 12/27/2019 | $25,307.77 | | | | | |
| AVID TECHNOLOGY, INC. | 11/29/2019 | $26,080.30 | PO BOX 203339 | | DALLAS | TX | 75320-3339 |
| YORK TELECOM CORPORATION | 1/18/2020 | $27,164.80 | 81 Corbett Way | | EATONTOWN | NJ | 07724 |
| Show Sage LLC | 1/1/1900 | $27,535.00 | 11111 Franklin Ave | | Franklin Park | | 60131 |
| PEPPER DASH TECHNOLOGY | 11/5/2019 | $29,222.80 | 27 CONGRESS STREET | SUITE 104 | SALEM | MA | 01970 |
| DALE ELECTRONICS CORP | 11/29/2019 | $29,484.73 | 148-04 95th Avenue | | Jamaica | NY | 11435 |
| AVID TECHNOLOGY, INC. | 11/28/2019 | $29,542.47 | PO BOX 203339 | | DALLAS | TX | 75320-3339 |
| Phoenix Management Services, LLC | 12/12/2019 | $31,081.18 | | | | | |
| Phoenix Management Services, LLC | 12/6/2019 | $35,402.50 | | | | | |
| CRESTRON ELECTRONICS, INC. | 1/1/1900 | $36,800.00 | PO BOX 932917 | | ATLANTA | GA | 31193-2917 |
| CRESTRON ELECTRONICS, INC. | 11/17/2019 | $36,800.00 | PO BOX 932917 | | ATLANTA | GA | 31193-2917 |
| Ingram Micro | 10/30/2019 | $36,816.45 | P.O. BOX 90350 | | CHICAGO | | 60696-0350 |
| YORK TELECOM CORPORATION | 1/9/2020 | $37,221.23 | 81 Corbett Way | | EATONTOWN | NJ | 07724 |
| Wellsfargo Commercial C.C. | 10/14/2019 | $37,497.74 | | | | | |
| Phoenix Management Services, LLC | 11/29/2019 | $37,806.22 | | | | | |
| JEFFREY MANAGEMENT CORP | 10/2/2019 | $38,286.45 | PO BOX 303 | | EMERSON | | 07630 |
| Rose Brand | 1/1/1900 | $39,400.00 | 4 Emerson Lane | | Secaucus | | 07094 |
| SHOREVIEW DISTRIBUTION | 10/31/2019 | $41,501.00 | 69 Elm Street | | Foxboro | MA | 02035 |
| Electronic Directory Corporation | 1/1/1900 | $42,745.00 | P.O. Box 8127 | | Chicago | | 60680 |
| Electronic Directory Corporation | 11/13/2019 | $42,745.00 | P.O. Box 8127 | | Chicago | | 60680 |
| FOREST ELECTRIC CORP | 11/24/2019 | $46,920.00 | 1375 BROADWAY | 7TH FLOOR | NEW YORK | | 10018 |
| 1SOURCE VIDEO | 10/1/2019 | $48,152.88 | 3 CROWN PLAZA | | HAZLET | NJ | 07730 |
| Rose Brand | 1/1/1900 | $49,250.00 | 4 Emerson Lane | | Secaucus | | 07094 |
| BIAMP SYSTEMS | 1/1/1900 | $50,000.00 | 9300 SW Gemeni Dr. | | BEAVERTON | OR | 97008 |
| NY STATE SALES TAX | 11/28/2019 | $50,975.31 | | | | | |
| 1SOURCE VIDEO | 1/1/1900 | $53,714.52 | 3 CROWN PLAZA | | HAZLET | NJ | 07730 |
| Christie Digital | 1/1/1900 | $54,850.54 | 10550 Camden Drive | | Cypress | CA | 90630 |
| PEPPER DASH TECHNOLOGY | 11/28/2019 | $59,094.25 | 27 CONGRESS STREET | SUITE 104 | SALEM | MA | 01970 |
| YORK TELECOM CORPORATION | 1/16/2020 | $60,149.87 | 81 Corbett Way | | EATONTOWN | | 07724 |
| Allied Professional Tech | 1/1/1900 | $63,500.00 | 22521 Avenida Empresa | Suite 125 | Rancho Santa Margarita | CA | 92688 |
| HARMAN PROFESSIONAL | 1/1/1900 | $64,427.89 | PO BOX 4438 | CHURCH STREET | NEW YORK | NY | 10261-4438 |
| Christie Digital | 1/1/1900 | $73,197.32 | 10550 Camden Drive | | Cypress | CA | 90630 |
| NY STATE SALES TAX | 10/26/2019 | $76,013.27 | | | | | |
| ADP HEALTH INSURANCE | 10/4/2019 | $76,524.74 | | | | | |
| Christie Digital | 1/1/1900 | $76,802.68 | 10550 Camden Drive | | Cypress | CA | 90630 |
| MIDDLE ATLANTIC PRODUCTS | 1/1/1900 | $77,239.59 | 15457 Collections Center Drive | | Chicago | | 60693 |
| ADP HEALTH INSURANCE | 12/4/2019 | $78,228.73 | | | | | |
| ADP HEALTH INSURANCE | 1/8/2020 | $81,095.05 | | | | | |

| Vendor | Date | Amount | Address | | City | State | Zip |
|---|---|---|---|---|---|---|---|
| AVID TECHNOLOGY, INC. | 11/29/2019 | $82,341.17 | PO BOX 203339 | | DALLAS | TX | 75320-3339 |
| Digital Media Systems Inc. | 12/12/2019 | $85,117.50 | 609 NORTH MACQUESTEN PARKWAY | | MT. NERNON | NY | 10552 |
| Digital Media Systems Inc. | 1/1/1900 | $85,117.50 | 609 NORTH MACQUESTEN PARKWAY | | MT. NERNON | NY | 10552 |
| B&G Electric Contractors | 11/8/2019 | $89,200.00 | 7100 New Horizons Blvd | | North Amityville | NY | 11701 |
| Christie Digital | 1/1/1900 | $95,149.46 | 10550 Camden Drive | | Cypress | CA | 90630 |
| Rose Brand | 11/29/2019 | $98,500.00 | 4 Emerson Lane | | Secaucus | NJ | 07094 |
| AVID TECHNOLOGY, INC. | 12/26/2019 | $111,893.35 | PO BOX 203339 | | DALLAS | TX | 75320-3339 |
| CUSTOM DISPLAY SOLUTIONS | 1/1/1900 | $119,863.00 | 2926 West Pendleton Ave. | | Santa Ana | CA | 92704 |
| CUSTOM DISPLAY SOLUTIONS | 12/12/2019 | $119,863.00 | 2926 West Pendleton Ave. | | Santa Ana | CA | 92704 |
| CRESTRON ELECTRONICS, INC. | 11/30/2019 | $121,329.00 | PO BOX 932917 | | ATLANTA | GA | 31193-2917 |
| Christie Digital | 12/11/2019 | $124,608.60 | 10550 Camden Drive | | Cypress | CA | 90630 |
| Christie Digital | 1/1/1900 | $150,000.00 | 10550 Camden Drive | | Cypress | CA | 90630 |
| Christie Digital | 1/1/1900 | $150,000.00 | 10550 Camden Drive | | Cypress | CA | 90630 |
| Christie Digital | 1/1/1900 | $150,000.00 | 10550 Camden Drive | | Cypress | CA | 90630 |
| Christie Digital | 1/1/1900 | $150,000.00 | 10550 Camden Drive | | Cypress | CA | 90630 |
| AMERICAN EXPRESS | 11/1/2019 | $196,018.54 | PO BOX 1270 | | NEWARK | | 07101 |
| Christie Digital | 1/1/1900 | $200,000.00 | 10550 Camden Drive | | Cypress | CA | 90630 |
| Christie Digital | 1/1/1900 | $200,000.00 | 10550 Camden Drive | | Cypress | CA | 90630 |
| FOREST ELECTRIC CORP | 11/23/2019 | $222,793.00 | 1375 BROADWAY | 7TH FLOOR | NEW YORK | | 10018 |
| T2 SUPPLY | 1/1/1900 | $256,772.14 | 24263 Network Place | | Chicago | | 60673-1242 |
| T2 SUPPLY | 12/12/2019 | $256,772.14 | 24263 Network Place | | Chicago | | 60673-1242 |
| Christie Digital | 1/1/1900 | $539,962.00 | 10550 Camden Drive | | Cypress | CA | 90630 |
| Christie Digital | 12/12/2019 | $539,962.00 | 10550 Camden Drive | | Cypress | CA | 90630 |
| Christie Digital | 12/12/2019 | $539,962.00 | 10550 Camden Drive | | Cypress | CA | 90630 |
| Christie Digital | 1/1/1900 | $539,962.00 | 10550 Camden Drive | | Cypress | CA | 90630 |
| Christie Digital | 12/12/2019 | $539,962.00 | 10550 Camden Drive | | Cypress | CA | 90630 |
| Christie Digital | 1/1/1900 | $539,962.00 | 10550 Camden Drive | | Cypress | CA | 90630 |
| Christie Digital | 1/1/1900 | $634,000.00 | 10550 Camden Drive | | Cypress | CA | 90630 |
| Christie Digital | 1/1/1900 | $951,000.00 | 10550 Camden Drive | | Cypress | CA | 90630 |

$11,403,083.82

# RIDER TO SOFA #4

| Vendor Name | PayDate | Original Document | Colum | Remittance Address 1 | Remittance Addr | Remittance Attenti | Remittance Cit | Remit | Remittance Zip |
|---|---|---|---|---|---|---|---|---|---|
| Phoenix Management Services, LLC | 1/1/2020 | $8,775.00 | | | | | | | |
| Wasserman, Jurista & Stoltz, P.C. | 11/22/2019 | $10,000.00 | | 225 Millburn Ave.  Suite 207 | PO BOX 1029 | | Millburn | NJ | 07041 |
| Phoenix Management Services, LLC | 1/2/2020 | $10,112.50 | | | | | | | |
| Phoenix Management Services, LLC | 11/21/2019 | $10,336.20 | | | | | | | |
| VIDEO CORP OF AMERICA | 1/1/1900 | $13,075.00 | | 7 VERONICA AVENUE | P O BOX 5480 | ALBERT J BERLIN | SOMERSET | NJ | 08875-5480 |
| VIDEO CORP OF AMERICA | 2/9/2019 | $13,075.00 | | 7 VERONICA AVENUE | P O BOX 5480 | ALBERT J BERLIN | SOMERSET | NJ | 08875-5480 |
| Phoenix Management Services, LLC | 12/18/2019 | $15,587.50 | | | | | | | |
| Phoenix Management Services, LLC | 11/16/2019 | $15,995.86 | | | | | | | |
| Phoenix Management Services, LLC | 12/19/2019 | $17,875.00 | | | | | | | |
| Wasserman, Jurista & Stoltz, P.C. | 12/27/2019 | $20,000.00 | | 225 Millburn Ave.  Suite 207 | PO BOX 1029 | | Millburn | NJ | 07041 |
| Phoenix Management Services, LLC | 11/3/2019 | $20,000.00 | | | | | | | |
| Phoenix Management Services, LLC | 12/11/2019 | $21,858.22 | | | | | | | |
| Phoenix Management Services, LLC | 12/26/2019 | $23,387.20 | | | | | | | |
| Phoenix Management Services, LLC | 12/12/2019 | $31,081.18 | | | | | | | |
| Wellsfargo Commercial C.C. | 2/15/2019 | $32,912.22 | | | | | | | |
| Wellsfargo Commercial C.C. | 9/17/2019 | $35,283.69 | | | | | | | |
| Phoenix Management Services, LLC | 12/6/2019 | $35,402.50 | | | | | | | |
| Wellsfargo Commercial C.C. | 10/14/2019 | $37,497.74 | | | | | | | |
| Phoenix Management Services, LLC | 11/29/2019 | $37,806.22 | | | | | | | |
| Wellsfargo Commercial C.C. | 3/15/2019 | $38,182.89 | | | | | | | |
| Wellsfargo Commercial C.C. | 1/29/2019 | $44,011.84 | | | | | | | |
| Wellsfargo Commercial C.C. | 4/30/2019 | $50,895.17 | | | | | | | |
| Wellsfargo Commercial C.C. | 8/21/2019 | $51,966.92 | | | | | | | |
| Wellsfargo Commercial C.C. | 7/22/2019 | $62,350.52 | | | | | | | |
| Wellsfargo Commercial C.C. | 6/13/2019 | $72,982.63 | | | | | | | |
| Wellsfargo Commercial C.C. | 5/15/2019 | $78,388.89 | | | | | | | |

$808,839.89

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of New Jersey

In re  Video Corporation of America _____    Case No. _____
_____ Debtor(s)    Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept _____  $ _____48,283.00

Prior to the filing of this statement I have received _____  $ _____48,283.00

Balance Due _____  $ _____0.00

2.  $__1,717.00__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

■ Debtor   ☐ Other (specify):

4.  The source of compensation to be paid to me is:

■ Debtor   ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

February  3, 2020 _____    /s/ Daniel M. Stolz
Date                                                       Daniel M. Stolz
                                                             Signature of Attorney
                                                             WASSERMAN, JURISTA & STOLZ, P.C.
                                                             110 Allen Road
                                                             Suite 304
                                                             Basking Ridge, NJ 07920
                                                             (973) 467-2700  Fax: (973) 467-8126
                                                             attys@wjslaw.com
                                                             Name of law firm

---

# United States Bankruptcy Court
### District of New Jersey

In re    Video Corporation of America                                             Case No. _____
                                     Debtor(s)          Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   February  3, 2020                    Signature   /s/ David Berlin
                                                           David Berlin

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of New Jersey

In re    Video Corporation of America                Case No. _____

                             Debtor(s)     Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    February 3, 2020            /s/ David Berlin _____

                                     David Berlin/President
                                     Signer/Title

 Best Case Bankruptcy

1 Beyond
529 Main St.
Suite 109
Charlestown, MA 02129


1Source Video
3 Crown Plaza
Hazlet, NJ 07730


Abel-Cinetech, Inc.
609 Greenwich St.
New York, NY 10014


ADI
107 Corporate Blvd.
Suite E & F
South Plainfield, NJ 07080


Adtech Systems
490 Boston Post Road
Suite 12
Sudbury, MA 01776


AFA Protective Systems
155 Michael Drive
Syosset, NY 11791


AJA Video
180 Litton Dr.
Grass Valley, CA 95945


Al Berlin
8 Grouse Rd
Warren, NJ 07059


Allen Visual Systems, Inc.
1495 Busch Parkway
Buffalo Grove, IL 60089


Allied Professional Tech
22521 Avenida Empresa
Suite 125
Rancho Santa Margarita, CA 92688

Almo
2709 Commerce Way
Philadelphia, PA 19154


Altia Systems
10020 North De Anza Blvd
Suite 200
Cupertino, CA 95014


Altitude Staffing
2580 Ocean Parkway
Suite 2M
Brooklyn, NY 11235


Amazon.com
Coffeyville Ind. Park
2654 N. Highway 169
Coffeyville, KS 67337


American Express
PO Box 1270
Newark, NJ 07101


American Express
PO Box 650448
Dallas, TX 75265-0448


American Express
Customer Service
P.O. Box 981535
El Paso, TX 79998-1535


American Music & Sound
22020 Claredon St.
Suite 305
Woodland Hills, CA 91367


Ametek Electronics Systems Prot.
8001 Knighdale Blvd.
Suite 121
Knightdale, NC 27545


Anixter
PO Box 847428
Dallas, TX 75284-7428

Asset Collections, Inc.
10505 SW Barbur Blvd.
Suite 301
Portland, OR 97219


Atlantis Partners
722 Corneila St.
Boonton, NJ 07005-6000


Atterotech
1315 Directors Row
Suite 107
Fort Wayne, IN 46808


Audio Accessories, Inc.
25 Mill St.
Marlow, NH 03456


Audio Incorporated
170-172 West Westfield Ave.
Roselle Park, NJ 07204


Audio Technica
1221 Commerce Dr
Stow, OH 44224


AUDIX
PO Box 4010
9400 SW Barber St
Wilsonville, OR 97070


Auton Motorized Systems
24856 Avenue Rockefeller
Valencia, CA 91355


Avid Technology, Inc.
75 Network Dr.
Burlington, MA 01803


Avteq, Inc.
1151 Empire Central
Dallas, TX 75247

B&G Electric Contractors
7100 New Horizons Blvd.
North Amityville, NY 11701


Barclay Brand
2401 So. Clinton Avenue
South Plainfield, NJ 07080


Barco Visual Solutions LLC
3240 Town Point Dr.
Suite 100
Duluth, GA 30097


Barco, Inc.
11101 Trade Center Drive
Suite A
Rancho Cordova, CA 95670


Bay Tech Design Group
123 Freedom Hills Dr.
Barnegat, NJ 08005


Beacon Hill Staffing Group, LLC
99 Cherry Hill Rd
Suite 105
Parsippany, NJ 07054


Biamp Systems
9300 SW Gemeni Dr.
Beaverton, OR 97008


Bittree
PO Box 3764
Glendale, CA 91221


Boris FX/M100
65 Franklin St.
Suite 400
Boston, MA 02110


Bosch Communications
12000 Portland Ave. South
Burnsville, MN 55337

Bose Corporation
145 Pennsylvania Ave.
Framingham, MA 01701


Broadcast Integration Services
32 Ramapo Road
Hewitt, NJ 07421


Broadfield Distribution
179 Liberty Ave.
Mineola, NY 11501


BTX
5 Skyline Dr.
Hawthorne, NY 10532


C.H. Robinson
14701 Charlson Road
Suite 1400
Eden Prairie, MN 55347


Carolyn Heinze
148 Clarence St.
Port Colborne
Ontario CANADA
L3K 3G5


Central Moving and Storage
499 Seventh Ave.
17th Floor North
New York, NY 10018


Chase
PO Box 15123
Wilmington, DE 19850


Chief Manufacturing Inc.
8401 Eagle Creek Parkway
Suite 700
Savage, MN 55378


Christie Digital
10550 Camden Dr
Cypress, CA 90630

Cintas
51 New England Avenue
Piscataway, NJ 08854-4142


Citipak Delivery Systems
1270 Broadway
2nd Floor
New York, NY 10001


Clock Audio
2891 Rue Du Meunier Unit 103
Vaudreuil-Dorion
Quebec CANADA
J7V-8P2


Comprehensive Video Group
80 Little Falls Road
Fairfield, NJ 07004


Contemporary Research
3220 Commander Dr.
Suite 102
Carrollton, TX 75006


ControlWorks Consulting, LLC
701 Beta Drive, #22
Mayfield Village, OH 44143


Convergent Media Sysems
4465 Northpark Dr.
Suite 400
Colorado Springs, CO 80907


Coranet
2 Washington St.
Suite 701
New York, NY 10004


Creston Electronics, Inc.
101 Broadway
Cresskill, NJ 07626


Crimson AV, LLC
1854 Elmdale Ave
Glenview, IL 60026

Dale Electronics Corp.
22 W. 19th St.
Floor 2
New York, NY 10011-4204


Dalite Screen Co., Inc.
7610 W. Washington St.
Indianapolis, IN 46231


Dalton Electric, Heating & Cooling
1186 Livingston Ave.
North Brunswick, NJ 08902


Data Projections
3036 Rogerdale Road
Houston, TX 77042


Dave Berlin
13 Stoningham Dr
Warren, NJ 07059


Dickerman Overseas Contracting
Unit 3 Adam Business Centre
Henson Way,Telford Way Ind. Estate
Kettering Northamptonshire
NN16 8PX


Digital Media Systems, Inc.
248 West 35th St.
New York, NY 10001


Digital Projection
55 Chastain Road
Suite 115
Kennesaw, GA 30144


Diversant LLC
331 NewmanSprings Rd
2nd Fl., Suite 350
Red Bank, NJ 07701


DNF Controls
19770 Bahama St.
Northridge, CA 91324

Dolby Laboratories
16841 Collections Center Drive
Chicago, IL 60693


Draper, Inc.
411 S. Pearl St.
PO Box 425
Spiceland, IN 47385


DWI Enterprises
11081 Winners Circle
Los Alamitos, CA 90720


EditShare, LLC
3 Brook St.
Watertown, MA 02472-2314


Eiki International
17 New Friendship Road
Howell, NJ 07731


Enlightened Audio Visual
8625 Government Circle
Gaithersburg, MD 20877


Evertz Microsystems
5292 John Lucas Dr.
Burlington Ontario
CANADA L7L 5Z9


Extron Electronics
1025 E. Ball Road
Anaheim, CA 92805


Falgi Carting
PO 250
Middlesex, NJ 08846


Fire Extinghisher Maintenance
166 Broadway
Staten Island, NY 10310

Forest Electric Corp.
1375 Broadway
7th Fl
New York, NY 10018


FSR, Inc.
244 Bergen Blvd.
West Paterson, NJ 07424


Full Compass
9770 Silicon Prairie Parkway
Madison, WI 53593


Genelec, Inc.
16 Passaic Ave.
Unit #6
Fairfield, NJ 07004


Grainger
240 Jericho Turnpike
New Hyde Park, NY 11040


Graybar Electric Co.
343 Walsh Drive
Parsippany, NJ 07054


Haivision Network Video
750 Estate Drive
Suite 104
Deerfield, IL 60015


Hal Leonard Corporation
7777 West Bluemound Road
Milwaukee, WI 53213


Hall Research Tech, Inc.
1163 Warner Ave
Tustin, CA 92780


Harman, A Samsung Company
4000 Chemical Road
Plymouth Meeting, PA 19462

Hatzel & Buehler, Inc.
230 Park Ave.
Suite 925
New York, NY 10169


Heckler Design
2115 S. 11th Ave.
Suite 120
Phoenix, AZ 85007


Herman Integration Services
8016 Old Contry Road 54
New Port Richey, FL 34653


Hypertec Systems
9300 Route Transcanadienne
Saint-Laurent
Quebec CANADA
H4S 1K5


Ingram Micro
1759 Wehrie Drive
Williamsville, NY 14221


Integr8 Audiovisual
171 E Lake Dr.
Roswell, GA 30075


Intercall Telephone
PO Box 281866
Atlanta, GA 30384-1866


Jameco Electronics
PO Box 822
Belmont, CA 94002


JB&A Distribution
1050 Northgate Dr.
Suite 200
San Rafael, CA 94903


JVC
1700 Valley Road
Wayne, NJ 07470

K-Array USA
103 Central St.
Suite K
Wellesley, MA 02482


Kane Communications
572 Whitehead Road
Suite 201
Trenton, NJ 08619


KBZ
2003 So. Easton Rd.
Suite 308
Doylestown, PA 18901


Kramer Electronics
96 Route 173 West
Suite 1
Hampton, NJ 08827


L-COM
50 High St., West Mill
3rd Fl., Suite #30
North Andover, MA 01845


Lab Management Network, Inc.
4445 Eastgate Mall
Suite 200
San Diego, CA 92121


Leader Instruments Corporation
80 Seaview Dr.
Secaucus, NJ 07094


Lencore Acoustics Corp.
1 Crossways Park Drive West
Woodbury, NY 11797


Leon Speakers
715 W. Ellsworth Road
Ann Arbor, MI 48108


Liberty Wire & Cable, Inc.
11675 Ridgeline Dr.
Colorado Springs, CO 80921

Listen Technologies
14912 Heritagecrest Way
Bluffdale, UT 84065-4818


LiveWire Sound and Image
84 Center St.
Shelton, CT 06484


Long Island Consultants
22 Bowring Walk
Toronto CANADA
M3H 5Z8


Loud Audio, LLC
7939 - Solutions Center
Chicago, IL 60677-7009


M. Gitlin Co.
133 Andrien Road
Glen Mills, PA 19342


Magewell
156 Madison Ave
Reading, PA 19605


Mariano Press
14 Veronica Ave
Somerset, NJ 08873


Marjet Enterprises, Inc.
4433 Renaissance Parkway
Warrensville Heights, OH 44128


Marshall Electronics, Inc.
20608 Madrona Ave.
Torrance, CA 90503


MAXON Computer, Inc.
2640 Lavery Court
Suite A
Newbury Park, CA 91320

Mega Services, LLC
1870 The Exchange SE
Suite 200-89
Atlanta, GA 30339


Mersive Solstice Perpetual
2399 Blake St.
Suite 150
Denver, CO 80205


Metropolitan Audio Visual Co.
22923 Quicksilver Dr.
Suite 117
Sterling, VA 20166


Middle Atlantic Products
300 Fairfield Rd
Fairfield, NJ 07004


Midtown Video, Inc.
4824 SW 74 Ct.
Miami, FL 33155


Milestone AV Technologies
9433 Science Center Dr.
New Hope, MN 55428


Mouser Electronics
1000 N. Main St.
Mansfield, TX 76063


National Dust Control
200 Blackford Avenue
Middlesex, NJ 08846


NEC Display Solutions
10850 Gold Center Dr.
Rancho Cordova, CA 95670


Neurilink LLC
623 S. Americana Blvd.
Boise, ID 83702

Norstan Communications, Inc.
10050 Crosstown Circle
Suite 600
Eden Prairie, MN 55344


NY State Sales Tax
JAF Building
PO Box 1207
New York, NY 10116


NY State Sales Tax
575 Boices Lane
Kingston, NY 12401


Peerless Industries, Inc.
1980 Hawthorne Ave
Melrose Park, IL 60160


Pepper Dash Technology
27 Congress St.
Suite 104
Salem, MA 01970


Picture Pefect Landscaping
1945 Old Amwell Rd.
Somerset, NJ 08873


Polycom, Inc.
4750 Willow Rd.
Pleasanton, CA 94588


Premier Mounts
2620 Palisades Dr.
Corona, CA 92882


Promax Systems
2850 S. Fairview St.
Santa Ana, CA 92704


Provantage LLC
7576 Freedom Ave NW
North Canton, OH 44720

QSC Audio Products
1675 McArthur Blvd.
Costa Mesa, CA 92626


Radiant Technology Group
7730 North Central Drive
Lewis Center, OH 43035


Radio Design Labs
659 N. 6th St.
Prescott, AZ 86301


RCI Custom Products
801 North East St.
Suite 2A
Frederick, MD 21701


REMX
PO Box 102332
Atlanta, GA 30368-2332


Robotech CAD Solutions
2 Marineview Plaza
Hoboken, NJ 08030


Rose Brand
4 Emerson Lane
Secaucus, NJ 07094


RPM AVS
300 Adam Jenkins Memoria Dr.
Suite #1
Canton, GA 30115


Sachtler
14 Progress Drive
Shelton, CT 06484


Safway Atlantic
700 Commercial Ave.
Carlstadt, NJ 07072

Security Search & Consulting
370 N. Westlake Blvd.
Suite 200
Westlake, CA 91362


SEE ATTACHED RIDER


Sennheiser
One Enterprise Drive
PO Box 987
Old Lyme, CT 06371


SF Cable, Inc.
28300 Industrial Blvd.
Suite F-G
Hayward, CA 94545


Shoreview Distribution
69 Elm St
Foxboro, MA 02035


Shure
PO Box 99265
Chicago, IL 60693-9265


Sonance
991 Calle Amanecer
San Clemente, CA 92673


Sonic Foundry
222 W. Washington Ave.
Suite 775
Madison, WI 53703


Sound Control Technologies
22 South Smith St.
Norwalk, CT 06855


Soundolier
1859 Intertech Drive
Fenton, MO 63026

Spectal Logic Corporation
6285 Lookout Rd.
Boulder, CO 80301


Star Lo Communications
32 South Jefferson Rd
Whippany, NJ 07981


Starin
Dept. 78746
PO Box 78000
Detroit, MI 48278-0746


starleaf
2105 S. Bascom Ave.
Suite 160
Campbell, CA 95008


Stewart Buisness Systems
PO Box 789621
Philadelphia, PA 19178-9621


Stewart Filmscreen Corp.
1161 W. Sepulveda Blvd.
Torrance, CA 90502


StorageDNA, Inc.
19900 MacArthur Blvd.
Suite 1190
Irvine, CA 92614


Striano Electric
246 Park Ave.
New Hyde Park, NY 11040


Superior Office Systems
19 Gross Ave
Edison, NJ 08837


Sweetwater Sound, Inc.
5501 US Highway 30W
Fort Wayne, IN 46818

Symetrix
6408 216th Street SW
Mountlake Terrace, WA 98043


Synnex Corporation
414 Stokes Rd
Suite 203
Medford, NJ 08055


T2 Supply
11170 Thompson Ave
Lenexa, KS 66219


Tech Data Corporation
5350 Tech Data Drive
Clearwater, FL 33760


Technical Necessities (TECNEC)
812 Kings Highway
Box 397
Saugerties, NY 12477


Teksystems, Inc.
PO Box 198568
Atlanta, GA 30384-8568


The DAK Group, Ltd.
195 Route 17 South
Rochelle Park, NJ 07662


The Whitlock Group
12820 West Creek Parkway
Suite M
Richmond, VA 23238


Thinlabs, Inc.
225 Lincoln Hwy.
Suite 178
Fairless Hills, PA 19030


Tightrope Media Systems
430 N. 1st Ave.
Suite 400
Minneapolis, MN 55401

TOA Electronics, Inc.
1350 Bayshore Highway
Suite 270
Burlingame, CA 94010


Toner Cable Equipment, Inc.
969 Horsham Road
Horsham, PA 19044


Tour Masters Productions, Inc.
One American Way
Spotswood, NJ 08884


Uline
12575 UIline Drive
Pleasant Prairie, WI 53158


United Parcel Service
PO Box 7247-0244
Philadelphia, PA 19170-0001


UPS
PO Box 7247-0244
Philadelphia, PA 19170


Velosio
1460 Rt. 9 No.
Suite 307
Woodbridge, NJ 07095


Verizon
PO Box 4833
Trenton, NJ 08650-4833


Videxio
11951 Freedom Dr.
Reston, VA 20190


Vision Electric Inc.
1400 E. Main St.
Torrington, CT 06790

VISIX, Inc.
230 Scientific Dr.
Suite 800
Norcross, GA 30092


Vistage Worldwide, Inc.
11452 El Camino Real
Suite 400
San Diego, CA 92130


Vitec Video Innovations
2200 Century Parkway NE
Suite 900
Atlanta, GA 30345-3150


Vitec Videocom, Inc.
14 Progress Drive
Shelton, CT 06484


VSO Marketing, LLC
16 Passaic Ave.
Unit 6
Fairfield, NJ 07004


W.B. Mason Company
PO Box 111
59 Centre St
Brockton, MA 02303


Water Logic USA, Inc.
PO Box 676002
Dallas, TX 75267-6002


Wells Fargo Bank
99 Wood AVe., 3rd Fl.
Iselin, NJ 08830


Wells Fargo Bank, N.A.
99 Wood Ave. So.
3rd Fl
Iselin, NJ 08830


Whirlwind Music Dist., Inc.
99 Ling Road
Rochester, NY 14612

Wohler Technologies, Inc.
31055 Huntwood Ave.
Hayward, CA 94544


WolfVision USA Est., Inc.
2055 Sugarloaf Circle
Suite 125
Duluth, GA 30097


Xantech Corporation
13100 Telfair Ave
2nd Fl.
Sylmar, CA 91342


XYZ Marketing, Inc.
2400 E. Main St.
Suite 103
Saint Charles, IL 60174


Yamaha Corporation of America
6600 Orangethorpe Ave.
Buena Park, CA 90620


Z-Band, Inc.
848B North Hanover St.
Carlisle, PA 17013

# United States Bankruptcy Court
### District of New Jersey

In re    Video Corporation of America
                                                        Case No.
                                   Debtor(s)             Chapter    11


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    Video Corporation of America    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]


February  3, 2020
Date

/s/ Daniel M. Stolz

Daniel M. Stolz

Signature of Attorney or Litigant
Counsel for    Video Corporation of America
WASSERMAN, JURISTA & STOLZ, P.C.

110 Allen Road
Suite 304
Basking Ridge, NJ 07920
(973) 467-2700 Fax:(973) 467-8126
attys@wjslaw.com