# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  New Jersey

In re: Video Corporation of America                    §       Case No.  20-11768
                                                       §
                                                       §
                       Debtor(s)                       §       ☐ Jointly Administered

# Post-confirmation Report                                                      Chapter 11

Quarter Ending Date: 06/30/2021                        Petition Date: 02/03/2020

Plan Confirmed Date: 12/03/2020                        Plan Effective Date: 12/18/2020

This Post-confirmation Report relates to:  ○ Reorganized Debtor

⦿ Other Authorized Party or Entity:  Peter Hurwitz, as Plan Administrator
                                     Name of Authorized Party or Entity

/s/ Peter Hurwitz                                      Peter Hurwitz
Signature of Responsible Party                         Printed Name of Responsible Party

07/26/2021                                             Dundon Advisers, LLC
Date                                                   440 Mamaroneck Ave., 5th Fl.
                                                       Harrison, NY 10528
                                                       Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name: Video Corporation of America    Case No. 20-11768

## Part 1: Summary of Post-confirmation Transfers

|   | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $21,200 | $275,124 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $21,200 | $275,124 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor    *Aggregate Total* | | $0 | $1,437,416 | $0 | $1,437,416 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Phoenix Management Services, | Financial Professional | $0 | $188,572 | $0 | $188,572 |
| ii | Wasserman, Jurista & Stolz | Lead Counsel | $0 | $315,659 | $0 | $315,659 |
| iii | Tucker Fornale & Associates, L | Financial Professional | $0 | $41,681 | $0 | $41,681 |
| iv | Dundon Advisers LLC | Financial Professional | $0 | $184,845 | $0 | $184,845 |
| v | Riker Danzig Schere Hyland & | Special Counsel | $0 | $444,910 | $0 | $444,910 |
| vi | The DAK Group | Financial Professional | $0 | $258,500 | $0 | $258,500 |
| vii | A. Atkins Appraisal Corp. | Other | $0 | $3,250 | $0 | $3,250 |

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor    *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | $0 | $0 | $0 | $0 |
| ii | | | $0 | $0 | $0 | $0 |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $0 | $0 | $0 |

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

|   | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $0 | $0 | $0 | $0 | 0% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $62,477 | $0 | $89,457 | $89,457 | 100% |
| d. General unsecured claims | $350,000 | $0 | $0 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

## Part 4: Questionnaire

a. Is this a final report?    Yes ○    No ⦿

  If yes, give date Final Decree was entered: _____

  If no, give date when the application for Final Decree is anticipated: 12/07/2021

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ⦿    No ○

UST Form 11-PCR (06/07/2021)                2

| Debtor's Name | Video Corporation of America | Case No. | 20-11768 |
|---|---|---|---|

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ Peter Hurwitz  
Signature of Responsible Party

Plan Administrator  
Title

Peter Hurwitz  
Printed Name of Responsible Party

07/26/2021  
Date

UST Form 11-PCR (06/07/2021)                        3