| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| RIKER, DANZIG, SCHERER,<br>HYLAND & PERRETTI LLP<br>Joseph L. Schwartz (JS-5525)<br>Tara J. Schellhorn (TS-8155)<br>Agostino A. Zammiello (AZ-9616)<br>Headquarters Plaza, One Speedwell Avenue<br>Morristown, NJ 07962-1981<br>Telephone: (973) 583-0800<br><br>*Counsel to the Plan Administrator* |

Order Filed on October 12, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

VIDEO CORPORATION OF AMERICA,

                                  Debtor.

Chapter 11

Case No. 20-11768 (CMG)

## ORDER GRANTING PLAN ADMINISTRATOR'S FIRST OMNIBUS OBJECTION TO CERTAIN (I) LATE-FILED CLAIMS AND (II) CLAIMS TO BE REDUCED

The relief set forth on the following pages, number two (2) through and including four (4), is hereby **ORDERED:**

**DATED: October 12, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page:     2
Debtor:   Video Corporation of America
Case No.: 20-11768 (CMG)
Caption:  Order Granting Plan Administrator's First Omnibus Objection to Certain (I) Late-Filed Claims and (II) Claims to be Reduced

---

Upon the *First Omnibus Objection to Certain (I) Late-Filed Claims and (II) Claims to be Reduced* (the "Omnibus Objection")[1] of the Plan Administrator in the above-captioned Chapter 11 Case seeking entry of an order, pursuant to sections 105(a) and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1, disallowing and expunging each of the claims set forth on Schedule 1 hereto as being filed after the April 13, 2020 General Bar Date and reducing each of the claims as set forth on Schedule 2 hereto as not reflecting the amounts set forth in the Debtor's books and records; and the Court having jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and consideration of the Omnibus Objection being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that proper and adequate notice of the Omnibus Objection has been given and that no other or further notice is necessary; and upon the record herein, including any objections filed in response to the Omnibus Objection; and the Court having determined that the relief sought by the Omnibus Objection is in the best interests of the Debtor, the Debtor's estate, and creditors; and after due deliberation and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1. The Omnibus Objection is GRANTED as set forth herein.

2. The Late-Filed Claims listed on Schedule 1 to this Order are each disallowed and expunged in their entirety.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objection.

Page:      3
Debtor:    Video Corporation of America
Case No.:  20-11768 (CMG)
Caption:   Order Granting Plan Administrator's First Omnibus Objection to Certain (I) Late-Filed Claims and (II) Claims to be Reduced

---

3. The Reduced Claims listed on Schedule 2 to this Order are to be reduced to the amounts reflected in the Debtor's books and records.

4. The rights of the Plan Administrator and the Debtor's estate to object in the future to any of the claims that are the subject of the Omnibus Objection on any grounds, and to amend, modify, and/or supplement the Omnibus Objection, including, without limitation, to object to amended or newly filed claims is hereby reserved. Without limiting the generality of the foregoing, the Plan Administrator and the Debtor's estate specifically reserve the right to amend the Omnibus Objection, file additional papers in support of the Omnibus Objection, or take any other appropriate actions, including to (a) respond to any allegation or defense that may be raised in a response filed in accordance with the Omnibus Objection by or on behalf of any of the claimants or other interested parties; (b) object further to any Disputed Claims for which a claimant provides (or attempts to provide) additional documentation or substantiation; and (c) objection further to any Disputed Claims based on additional information that may be discovered upon further review by the Plan Administrator or through discovery pursuant to the applicable provisions of the Bankruptcy Rules.

5. For the avoidance of doubt, nothing in the Omnibus Objection or this Order shall be deemed or construed to (a) constitute an admission as to the validity or priority of any claim against the Debtor's estate, (b) an implication or admission that any particular claim is of a type specified or defined in this Order or the Omnibus Objection, and/or (c) constitute a waiver of the Plan Administrator's rights to dispute any claim on any grounds.

Page:     4
Debtor:   Video Corporation of America
Case No.: 20-11768 (CMG)
Caption:  Order Granting Plan Administrator's First Omnibus Objection to Certain (I) Late-Filed Claims and (II) Claims to be Reduced

---

6. The Plan Administrator, its professionals, and the Clerk of this Court are authorized to take any and all actions that are necessary or appropriate to give effect to this Order.

7. The objection to each claim addressed in the Omnibus Objection and as set forth on Schedules 1 and 2 attached hereto, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate order with respect to each claim that is the subject of the Omnibus Objection and this Order. Any stay of this Order pending appeal by any claimants whose claims are subject to this Order shall only apply to the contested matter that involves such claimant and shall not stay the applicability and/or finality of this Order with respect to any other contested matters addressed in the Omnibus Objection and this Order.

8. The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Omnibus Objection or otherwise waived.

9. Notwithstanding any applicability of any of the Bankruptcy Rules, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

10. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

5311414v1

# VIDEO CORPORATION OF AMERICA
## CASE No. 20-11768 (CMG)

**Late-Filed Claims**

**Schedule 1**

| Name of Claimant | Date Claim Filed | Claim Number | Claim Amount | Reason f... |
|---|---|---|---|---|
| Neurilink LLC<br>Attn: William L. Smith<br>12586 W Bridger Street<br>Suite #100<br>Boise, ID 83713 | 4/15/2020 | 66 | $7,508.05 | Claim file...<br>*See* O...<br>D... |
| Mid Town Video Inc.<br>Attn: Kenn Miller<br>4824 SW 74th Ct.<br>Miami, FL 33176 | 4/29/2020 | 69 | $41,918.90 | Claim file...<br>*See* O...<br>D... |
| Safway Atlantic, LLC<br>C/O: Thomas Stylianos Tripodianos<br>Welby, Brady & Greenblatt, LLP<br>11 Martine Avenue, 15th Floor<br>White Plains, NY 10606-4025 | 6/10/2020 | 74 | $25,204.56 | Claim file...<br>*See* O...<br>D... |
| Powersoft Advanced Technologies Corp<br>Attn: Thomas Jerome Knesel<br>78 John Miller Way Suite 422<br>Kearny, NJ 07032 | 7/23/2020 | 76 | $5,843.69 | Claim file...<br>*See* O...<br>D... |
| Jameco Electronics<br>Attn: Sue Siegman<br>PO Box 822<br>Belmont, CA 94002 | 1/12/2021 | 81 | $5,862.00 | Claim file...<br>*See* O...<br>D... |

5311416v1

---

[1] References to "Omn. Obj." are to the *Plan Administrator's First Omnibus Objection to Certain (I) Late-Filed Claims and (II) Claims to be R...* the *Declaration of Peter Hurwitz in Support of the Plan Administrator's Plan Administrator's First Omnibus Objection to Certain (I) Late-... Reduced*.

**VIDEO CORPORATION OF AMERICA**
**CASE No. 20-11768 (CMG)**

Reduced Claims
**Schedule 2**

| Name of Claimant | Date Claim Filed | Claim Number | Claim Amount | Reason |
|---|---|---|---|---|
| Broadfield Distribution<br>Attn: Elissa Oransky<br>179 Liberty Ave<br>Mineola, NY 11501 | 02/18/2020 | 14 | $48,256.06 | The Debtor's boo<br>$36,968.12 was owed<br>claim should therefo |
| ~~ScanSource, Inc.~~<br>~~Attn: William James Harrison~~<br>~~12 Logue Ct.~~<br>~~Greenville, SC 29615~~ | ~~02/18/2020~~ | ~~15~~ | ~~$133,401.65~~ | ~~The Debtor's books~~<br>~~owed as of the Petit~~<br>~~therefore~~ |
| ~~Coranet Corp.~~<br>~~C/O Bruce D. Buechler, Esq.~~<br>~~Lowenstein Sandler~~<br>~~One Lowenstein Dr.~~<br>~~Roseland, NJ 07068~~ | ~~02/20/2020~~ | ~~18~~ | ~~$685,033.54~~ | ~~The Debtor's boo~~<br>~~$662,679.37 was o~~<br>~~The claim shoul~~<br>~~$6~~ |
| Haivision Network Video<br>Attn: Dan Rabinowitz<br>750 Estate Drive, Suite 104<br>Deerfield, IL 60015 | 02/20/2020 | 20 | $26,306.35 | The Debtor's books<br>was owed as of the<br>should therefore |
| ~~Atlantis Partners, LLC~~<br>~~Coface North America Insurance Company~~<br>~~Attn: Amy Schmidt~~<br>~~650 College Road East, Suite 2005~~<br>~~Princeton, NJ 08540~~ | ~~02/21/2020~~ | ~~21~~ | ~~$276,129.50~~ | ~~The Debtor's boo~~<br>~~$215,046 was owed~~<br>~~claim should theref~~ |
| Z-Band Technologies, LLC<br>Attn: Jacque Anthony Brissette<br>848 North Hanover St., Suite B<br>Carlisle, PA 17013 | 2/27/2020 | 33 | $95,074.92 | The Debtor's boo<br>$86,502 was owed<br>claim should theref |

**VIDEO CORPORATION OF AMERICA**
**CASE No. 20-11768 (CMG)**

**Reduced Claims**
**Schedule 2**

| Name of Claimant | Date Claim Filed | Claim Number | Claim Amount | Reason |
|---|---|---|---|---|
| Dale Electronics Corp.<br>c/o Mark Kalish, Esq., Moss & Kalish, PLLC<br>122 East 42nd Street, Suite 2100<br>New York, NY 10168 | 3/17/2020 | 42 | $42,153.19 | The Debtor's boo... $36,665.46 was owe... claim should therefo... |
| Barco, Inc.<br>C/O NCS,<br>Attn: Michelle Gerred<br>729 Miner Road<br>Highland Heights, OH 44143 | 03/30/2020 | 47 | $57,376.19 | The Debtor's boo... $18,535.70 was owe... claim should therefo... |
| LiveWire Sound and Image<br>C/O James M. Nugent<br>Harlow, Adams & Friedman<br>One New Haven Avenue, Suite 100<br>Milford, CT 06460 | 04/01/2020 | 50 | $63,570.00 | The Debtor's boo... $16,005 was owed... claim should theref... |
| Broadcast Integration Services Inc.<br>Attn: Rickey Bonstein<br>32 Ramapo Road<br>Hewitt, NJ 07421-3176 | 04/07/2020 | 55 | $42,706.25 | The Debtor's boo... $26,248 was owed... claim should theref... |
| Teksystems, Inc.<br>Attn: Jeriann N. Lynds<br>PO Box 198568<br>Atlanta, GA 30384-8568 | 04/10/2020 | 63 | $112,600.20 | The Debtor's boo... $69,759.75 was owe... claim should therefo... |
| NEC Display Solutions of America, Inc.<br>Attn: Dylan Dunavan<br>3250 Lacey Road, Suite 500<br>Downer Grove, IL 60515 | 04/11/2020 | 64 | $52,472.11 | The Debtor's boo... $21,978.15 was owe... claim should therefo... |
| Kane Communications, LLC<br>Attn: Melissa Kane<br>572 Whitehead Road, Suite 201<br>Trenton, NJ 08619-0861 | 04/13/2020 | 65 | $25,954.00 | The Debtor's boo... $17,550 was owed... claim should theref... |

**VIDEO CORPORATION OF AMERICA**
**CASE No. 20-11768 (CMG)**

**Reduced Claims**
**Schedule 2**

| Name of Claimant | Date Claim Filed | Claim Number | Claim Amount | Reason |
|---|---|---|---|---|
| Powersoft Advanced Technologies Corp.<br>C/O Thomas Jerome Knesel<br>78 John Miller Way, Suite 422<br>Kearny, NJ 07032 | 07/23/2020 | 76 | $5,843.69 | The Debtor's books a<br>owed as of the Petit<br>therefore |
| Jameco Electronics<br>Attn: Sue Siegman<br>PO Box 822<br>Belmont, CA 94002 | 1/12/2021 | 81 | $5,862.00 | The Debtor's books a<br>was owed as of th<br>should therefor |
| Altitude Staffing<br>2580 Ocean Parkway, Suite 2M<br>Brooklyn, NY 11235 | 2/3/2020 | Doc. No. 1<br>GUC 3.12 | $10,766.00 | The Debtor's books a<br>owed as of the Petit<br>therefore |
| Central Moving and Storage<br>499 Seventh Ave.<br>17th Floor North<br>New York, NY 10018 | 2/3/2020 | Doc. No. 1<br>GUC 3.44 | $9,223.05 | The Debtor's books a<br>owed as of the Petit<br>therefore |
| Chase<br>PO Box 15123<br>Wilmington, DE 19850 | 2/3/2020 | Doc. No. 1<br>GUC 3.45 | $14,384.57 | The Debtor's books a<br>owed as of the Petit<br>therefore |
| Dickerman Overseas Contracting<br>Unit 3 Adam Business Centre<br>Henson Way,Telford Way Ind. Estate<br>Kettering Northamptonshire<br>NN16 8PX | 2/3/2020 | Doc. No. 1<br>GUC 3.62 | $5,690.40 | The Debtor's books a<br>owed as of the Petit<br>therefore |
| ~~EditShare, LLC~~<br>~~3 Brook St.~~<br>~~Watertown, MA 02472-2314~~ | ~~2/3/2020~~ | ~~Doc. No. 1~~<br>~~GUC 3.70~~ | ~~$63,206.40~~ | ~~The Debtor's boo~~<br>~~$54,472.58 was owe~~<br>~~claim should therefo~~ |

**VIDEO CORPORATION OF AMERICA**
**CASE No. 20-11768 (CMG)**

**Reduced Claims**
**Schedule 2**

| Name of Claimant | Date Claim Filed | Claim Number | Claim Amount | Reason |
|---|---|---|---|---|
| Robotech CAD Solutions<br>2 Marineview Plaza<br>Hoboken, NJ 08030 | 2/3/2020 | Doc. No. 1<br>GUC 3.140 | $16,519.12 | The Debtor's books a<br>owed as of the Petit<br>therefore |
| Spectra Logic Corporation<br>6285 Lookout Rd.<br>Boulder, CO 80301 | 2/3/2020 | Doc. No. 1<br>GUC 3.154 | $16,937.67 | The Debtor's books a<br>owed as of the Petit<br>therefore |
| StorageDNA, Inc.<br>19900 MacArthur Blvd.<br>Suite 1190<br>Irvine, CA 92614 | 2/3/2020 | Doc. No. 1<br>GUC 3.160 | $6,519.00 | The Debtor's books a<br>owed as of the Petit<br>therefore |
| The DAK Group, Ltd.<br>195 Route 17 South<br>Rochelle Park, NJ 07662 | 2/3/2020 | Doc. No. 1<br>GUC 3.170 | $8,500.00 | The Debtor's books a<br>owed as of the Petit<br>therefore |
| Toner Cable Equipment, Inc.<br>969 Horsham Road<br>Horsham, PA 19044 | 2/3/2020 | Doc. No. 1<br>GUC 3.175 | $12,905.70 | The Debtor's books a<br>owed as of the Petit<br>therefore |

5311415v1~~5303888v3~~